UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 2:19CR0159 |
| ) | |
| SAMANTHA ELHASSANI ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (Financing of Terrorism)

Between on or about February 2015 and on or about March 2015, in the Northern District of Indiana, and elsewhere, defendant,

**SAMANTHA ELHASSANI,**

a national of the United States, while in the United States and outside of the United States, did knowingly conceal and disguise the nature, location and control of material support and resources, knowing and intending that the support and resources were to be provided by Individuals A and B as material support to the Islamic State of Iraq and al-Sham (ISIS), in violation of Title 18, United States Code Section 2339B(a)(1).

All in violation of Title 18, United States Code, Sections 2339C(c)(2)(A) and 2.

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By:  s/ *Abizer Zanzi*
Abizer Zanzi
Assistant United States Attorney
Northern District of Indiana