AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:19-CR-159 |
| SAMANTHA ELHASSANI | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/25/2019

*Defendant's signature*

*Signature of defendant's attorney*

THOMAS A. DURKIN
*Printed name of defendant's attorney*

s/Andrew P. Rodovich
*Judge's signature*

Andrew P. Rodovich, United States Magistrate Judge
*Judge's printed name and title*