**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NUMBER: 2:19 CR 159 |
| | ) | |
| SAMANTHA ELHASSANI | ) | |

## ORDER

A sentencing hearing in this case has been set for **March 5, 2020 at 10:00 a.m. (Central/Hammond time).**   Sentencing memoranda are required if a party intends to request a sentence outside of the range suggested by the Sentencing Guidelines. Sentencing memoranda in all other instances are optional.  All sentencing memoranda must be filed **at least 10 days prior to the sentencing hearing** and may not exceed 25 pages.  Responses to sentencing memoranda are optional, but if a party wants to file a response it must be filed **at least 5 days prior to the sentencing hearing** and may not exceed 15 pages.  Replies in support of sentencing memoranda are unnecessary and will not be entertained.  Any memorandum or response filed after these deadlines will be stricken and disregarded, absent extraordinary circumstances.

In addition, any motion made pursuant to § 5K1.1 of the United States Sentencing Guidelines must be filed **at least 5 days prior to the sentencing hearing**.

To the extent the sentencing date is continued and reset, the deadlines established in this Order shift accordingly and this Order remains in force.

**SO ORDERED**.

ENTERED:   November 25, 2019

s/ Philip P. Simon
PHILIP P. SIMON,
JUDGE
UNITED  STATES  DISTRICT  COURT