UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cause No. 2:19-cr-159 PPS/JEM |
| | ) | |
| SAMANTHA ELHASSANI | ) | |

**INDEX OF EXHIBITS TO**
**GOVERNMENT'S SENTENCING MEMORANDUM[1]**

| Exhibit | Description |
|---|---|
| 1 | Elhassani's Diary, titled "The Truth" |
| 2-1 | Video clip of Dec. 4, 2019 interview of Defendant by J. Baker (Part 1) |
| 2-2 | Video clip of Dec. 4, 2019 interview of Defendant by J. Baker (Part 2) |
| 3 | Audio clip of August 8, 2019 interview of Defendant by S. Bauer |
| 4 | Facebook messages between Defendant and J.S. |
| 5 | Video clip of July 25, 2020 interview of Defendant by J. Baker |
| 6 | Email communications |
| 7 | Facebook messages between Defendant and Cassie Daniels and Linda Abdallah |
| 8 | Video clip of July 24, 2018 interview of Defendant by FBI agents |
| 9 | Telmate messages (excerpts) |
| 10 | Email communication dated Apr. 16, 2015 |

---

[1] Exhibits 2-1, 2-2, 3, 5 and 8 are audio and video files that have been delivered to chambers.

1