

الموضوع

~~[redacted]~~

~~[redacted]~~ My husband was keeping a close eye on us, more than before. I was still trying to convince him to stop all of this and resume our plan for Morocco, it wasn't to late. After a few days, they heard nothing from the smuggler and seemed he ~~[redacted]~~ began to be de-moralized. ~~[redacted]~~ One morning he told me to get ready that we would be headed to Morocco. I was speechless, surprised! ~~[redacted]~~ I couldn't say anything I just quickly started getting ready. I hugged and i kissed my husband. He smiled and said " i figured you would be so happy."

I was quickly preparing, all of us ~~[redacted]~~ were in a rush trying to pack up a hotel room we had be staying in for about 5 days. We packed up everything so quickly I forgot S███'s sippy cup so of course as soon as we got on the road she started crying. She was unconsolable. We were in a white van. Me and the kids sitting in the very back.

KORANI



201 - -

الموضوع

My husband and his brother sitting in the middle seat and the driver and another man in the passenger seat. Both the driver and the passenger wearing sunglasses. Nothing else really stood out to me.

S█████ was crying and I was holding her trying to hush her. Everyone ignored her crying as if it didn't bother. I saw my husband looked relaxed. He pulled himself up between the driver and passenger making what seemed casual conversation. My husband's brother just sitting playing on his phone. Nothing seemed out of the ordinary. My husband was very social so it was good to see him having conversation.

After about 20 min, I casually asked my husband "where is the airport?" He quickly leaned over his seat, got close to my face and said "Don't speak, these men should not hear your voice or hear you speaking English." I immediately knew I was not among friends. I ask my husband "what is going on?!"

KORANI

201  الموضوع

He responded "you are my wife and I'm telling you to be quiet." He said it with a complete straight face and a very serious voice. He continued his conversation with the driver and the passenger. His brother never even looked at me.

It was obvious I had been fooled. ~~███~~ I started looking out the windows, nothing but farm land. Not another car, driving down a dusty road. I start going through the situation in my head:

1. I'm in a car with my husband, his brother and 2 men I don't know.

2. I have been fooled into getting into the car

3. My husband is speaking to me in a way I have never heard.

I feel myself starting to panic. I really don't know what to do. Before I can even realize what is happening, we pull up to a house. The driver gets out, the passenger gets out and opens the back door.

KORAN

201 - -                                               الموضوع

My husband gets out and then his brother gets out getting all our bags. My husband moves the seat up so I am able to get out. I get out and ~~xxxxx~~ my son gets out behind me. I just stood there staring at the house, holding Sarah. My husband takes my sons hand and they go into the house following ~~xx~~ his brother. The passenger summons me into the house and I followed. The man directed me into a room on the right, the men, including my husband all went into a room on the left. In the room, there was furniture and looked as if someone lived there for a while. A china cabinet full of dishes, something an old woman would ~~xxxx~~ have. There were two other women in the room wearing full ~~xxxxx~~ niqab. I sat down with S███ in my lap. She quickly fell asleep. Neither of the other women speak English.

KORANI



201

الموضوع

Sitting in that room, my mind was completely blank. I couldn't even begin to plan my next move. I wasn't even sure if I was on the Turkish side or on the Syrian side. (It's not like there was a concierge desk where I could ask questions) Maybe an hour maybe only 5 minutes, I'm not sure. Someone opened the door. It was my husband. He walked into the room, he didn't say anything to me. He just looked at me. No emotion. He only took S████ and took my handbag from the floor. I followed him outside where his brother was waiting and my son.

My son seemed fine, a smile on his face to see me. Completely unaware of what was happening. So innocently trusting in the people who are supposed to be protecting him.

It's after dark now. Everyone gets back in the car. Situation update:

1. My husband has my daughter and my son in the car
2. My husband has my hand bag with all our passports and cash

KORANI

201 - -

الموضوع

3. I am surrounded by terrorists

4. I don't know if I am in Turkey or Syria

OK, so I get in the car. Driving a little ways, maybe only a few minutes. The car stops between 2 houses in a suburban area. Everyone gets out, my husband first. My husband's brother takes my sons hand. My husband left, I can barely see him in the distance from the small amount of light. I realize we are still in Turkey. We haven't crossed the border yet. My husband's brother turns and looks at me and says " come on! Quick, we have to go! " I feel frozen in my spot, the spot I am standing outside the car. I can no longer see my husband and daughter in the distance. The only thing going through my mind is I will never see her again. Everything in slow motion, his brother calling me. I'm just trying to get a glimpse of my husband and my daughter but they are gone. I took a step and kept walking. I thought if I could catch up with them, we would just be able to walk back again.

KORANI



201                                                    الموضوع

OK, reality check: when you walk to a terrorist organization, you can't just take your child and your handbag, express your appreciation and then walk out again.

~~Now that the people are more going, once can get started on that big fat book.~~

Once inside my husband apologized quite a bit. "I only did it because I love you."
- Bullshit -

My husband was never the same after that day. He tried to make me happy for a little while but he could see it wasn't worth trying anymore. He did do me a favor by not divorcing me. God knows what would have happened had he divorced me.

In a nutshell, from here my husband became very involved and I tried to escape. I got caught trying to escape and thrown in a torture prison.

After I was released my husband bought 2 slave girls, Yazidi.

KORANI

201 - -

الموضوع

Those 2 girls became my best friends and gave me the strength to make it through the second hardest decision of my life. We heard the YPG was coming to Raqqa. I made the decision to stick it out hoping to be liberated. Of course, during this battle my husband was killed. I hadn't felt more free in years. I cried with relief. With him out of the way we stood a chance of escaping.

I am dedicating my story to all women who have ever been in love and deceived. To all women who just wanted their happy ending. And finally I dedicate this story to my sister, the only one who didn't lose hope.

⌐By the way, now you understand why I introduced myself as the idiot.⌐

KORAN

00045688



00045689



201 ____                                    الموضوع

As I put my cigarette to my lips
I'm so afraid they'll be given a tip
Living a life in hiding is not so easy
There is never laughter, never teasing
Your head plays tricks on you,
Who's knocking at the door?
Could this be my last day, with a gun
        pointed to my head lying on the floor?
Living a life in religeous hiding
Everyone outside my door, no one living
        only dying.
My accent can only make me trouble
So I stay in my house I call my bubble
I have one friend inside my bubble
When I have food or if I have trouble,
She always comes running on the double.
She is so soft and with her I find peace
No killing, murder or disease
Not an ounce of hatred can be found
I learn from her and for that we are bound.

KORAN

201 - -

الموضوع

When we entered islamic State I didn't stop smoking. My husband Knew I was smoking but he didn't care because I think he Knew it was my way of rebelling. He didn't try to push me at first. He actually tried to Keep us as comfortable as possible even getting us a cat. In the beginning he was pretty relaxed with us.

But he never would have been able to protect us from executed bodies in the streets and public beatings. After all, isn't this what he wanted for us?

I have pain all over my body, is it depression
Or is this feeling a real sensation?
My knees feel like needles
My head filled with beetles
Where does reality stop and begin imagination?
So much bad from this black flag nation
Roses are red and violets are blue
No, not here, none of this is true.
Blood is red and skin is blue.
The black flag nation is not immortal
No such thing as the justice portal
KORANI They are not just a toy or a ploy
all they want is to destroy

201[...]

الموضوع

For you there is no immortality
It would never be given because of your brutality
There were never ~~the~~ limitations
On human humiliations
You were always so emotionless
And that left me speechless
Your mental instability
Left the world in inequality
Your murderous regime so severe
It was much to violence to bear
I prayed for your death
In every last breath

People living in islamic state who didn't
agree literally lived in hiding. Fearing for their
lives and those of their families. Everyone wanted
to make a stand, but were to afraid. Many
times you would hear of a group of 5 or 10
that would try to fight. Those who survived
the fight would be taken prisoner and subject
to immediate public execution by beheading.
Spies that were caught were also executed.

KORAN

201 - - -

الموضوع

Everyone here has been brain washed
Their brain and their thoughts with blood
have been splashed.
One by one these ideas we must pluck
These ideas will be defeated with any luck.

As much as people might not agree
with islamic state, no one could say they
were stupid - - - not in everything anyway.
Basic propaganda on every street corner of
course, vomiting "you must fight for the sake
of Allah". Not just about fighting but basic
lifestyle changes that men more likely would
accept. Money to support yourself and your
family, a free house for each one of your
wives, furnishings for your home, a car,
free fuel, free food and a standard issue
weapon making you feel invincible. Put all
of that in front of a city full of horny poor
men. Enough said. What is the price for all
of this?

KORAN



201

الموضوع

Oh, it's so simple! Just go look out for the enemy a few days a week and just be ready if you are called to battle. A small price to pay for such a great lifestyle. Anyone's morality can be bought for the right price it seems. The people that don't accept these terms are poor and can barely feed their families. Many people are forced into a slave army. After their basic training you wouldn't even recognize them from the changes that have happened. Boys have turned into men and men have turned into drug addicts.

Not only the propaganda but you must remember more than half of islamic state in Raqqa were Syrian. These people have been beaten and bruised all their lives ▓▓ by a murderous regime from the government. Most of these men are simply looking for closure and/or retaliation. That's what I had seen from my neighbors anyway. I didn't live in the city. I insisted on living outside the city in my own house. All of my neighbors were from Raqqa. Very few of them were involved

KORANI



201  -  -

الموضوع

In islamic state and wanted nothing to do with them. I found most of my comfort in my neighbors. They had a hard fight to win as far as their sons go. Their sons go into the city hungry and with no money. The pressure to help support their families was overwhelming. 3 of my neighbors made their living selling soap out of their cars, driving around announcing they had soap for clothes, dishes and for the floor. They would stop in neighborhoods where the women would come out and buy by the gram or kilogram. Doing this they bring home maybe $20 a week. to support a wife, their mother more than likely, and more than 4 children including a baby in diapers. For their sons, the solution might be easy. This created brothers fighting brothers and neighbors fighting neighbors. One neighbor's son would join YPG and the other would join islamic state. These neighbor's sons also happened to be cousins.

KORANI

00045695

201                              الموضوع

## " Conversation "

" All of our brothers are dying."
" I know what to do! Recruit the children,
         Keep them from shying"
To the children " You must die, this you must
         believe"

" Death is not the end, it's only a relief"

" Do the children a favor and save them from
         this life "
" Save them from this test, this life of strife"
" Take them to the camp and give them a gun"
" Starve them, Kick them and make them run "
" These boys will be our men of gold"
" Teach them to push the button and be bold"
" Even if they have nothing, never to fold"

      This is a very sensitive subject for me.
My son has always been eligible for children's
training camp. This was a constant fight. I was
always being confronted with " If you aren't going
to become muslim, you could at least give your
    son."

KORAN

201 - -

الموضوع

Surprising enough my position as my son's mother was respected and even as much as my husband wanted my son to go to training camp I was not forced to allow it. When everyone knew they were unable to convince me, they started working on my son. My husband and his friends making my son feel inadequate because he didn't want this for his own future. They would tell him things like going to training camp would make him a man and that Allah would be pleased with him. They would also say things like "your mom has a small brain and she doesn't know what's good for you." If my son would have agreed to go, there would have been nothing I could have done to stop it. I thank God everyday my son was not that stupid.

   Not so many boys were that fortunate. All over the city would see boys as young as 11 or 12 years old with a standard issue weapon or even upgraded weapons paid for by their proud parents, this obviously boosting ~~adding to~~ their reputation. A neighbor of mine had 2 sons. They were Syrian from Damascus.

KORAN

201 -

الموضوع

They had fled Damascus years before escaping the brutality of the regime. One of the sons worked cutting hair in the city. He used to dress in camoflage and wear an islamic state hat to pull in customers. When he would come home he was a different person, relaxing in the home of his mother and father and his wife. He was 17 years old. He was under a lot of pressure to join islamic state by his customers but was not interested. His brother, 14 years old was caught up in the propaganda. Against the will of his family, he joined the ranks. 2 weeks out of training camp, he had a required battle. Obviously, it was his first and last. My heart hurt, I literally had pain in my body at this news. All my husband said to them was "congratulations, your son was martyred. God willing I will join him soon." The pain I saw in his brother, father and mother is unimaginable. The bad news didn't end there, his death was reported to his family from a friend of his. Islamic state sent a man to their house with "proof of death." They showed his father pictures of his dismembered and charred body.

KORANI

201 - -

الموضوع

2 days later his father died of a heart attack. It was to much for him to have lost his son and then be forced to identify his body by picture in it's violent setting. His father was only able to identify him by his boots he had just bought brand new. The boys name was Ahmed. Rest in peace son of war. He was only a boy. He doesn't understand life and death. He doesn't understand a decision like this. The boy couldn't even read from lack of schooling but there was no lack of weaponry to arm him. The sad thing is he doesn't even understand why he is fighting. He is only fighting for $50 a month, thats all.

In a nation where the blood does flow
A place where the sun never does glow
Where the people are only rich in fear
Rich in fear and rich in military gear
Your tears you must wipe
Your fears you must fight.

KORANI

201

الموضوع

Basically to sum things up, most people tried to hide their fear of what was happening around them. Showing fear meant you were a non-believer. It meant you didn't have faith in Allah to give you the promised reward. I won't say in muslim belief, but in islamic State belief there is reward and penalty for everything. According to islamic State beliefs a muslim that lived his life in peace would be punished for not fighting in the cause of Allah. This would make them non-believers and therefore subject to the sword like anyone else who wasn't with them. The ones to make the decision who was a believer and who was not strangely, according to them, was not God but there own.

The war in Raqqa was successful I believe not only because it was Killing terrorists but also causing fear therefore turning themselves against each other. The ones who were to afraid to fight were thrown into prison where they were tortured or even murdered on several occasions.

KORAN

201 - -
الموضوع

And because people couldn't escape the
city, people went into hiding. Hiding in their
basements and moving often so as to evade
arrest and try to avoid the war that was happening
around us. Oddly enough, my husband's
Zealous "Jihadi" brother was the perfect example
of this. Men like him would preach in the
streets "If everyone would get up and fight we
might win." After he would go home and hide.
Comedic really. But it's important to remember,
these men didn't fight but only out of fear.
They still preach and believe. what they are
doing sadistically is the right thing. I don't
believe ideas like these will ever stop. I believe
something can be done. to lessen, but I think
since the beginning of time these wars have
been fought and only God will stop these wars
when the time is right.

KORANI



00045702