201  -  -

الموضوع

and begging as they are beaten and electrocuted.
2 times, listening to an exectuion.

After so many weeks of beating, starving
and sleeping on the floor.
The threat of dying began to bore.
I'm sure they were sensing my hatred for
them.
Seeing nothing was working they brought
in "him".
He was nameless
He was faceless
Only his eyes exposed.
How could I have known the danger he posed?
He touched me softly across my neck.
My sensitivity he would check.
As this grip tightened, he became firm.
My arms and legs began to squirm.
He said to me softly "You are not so shy"
I was sure at this moment I was going to die.
It would not have been that easy, I was
telling myself a lie.

KORANI

00045724

201

الموضوع

His hands and eyes moved across my body,
he spoke at me with disgust.

What is this crazy man talking about, there is
nothing to discuss.

As he forced himself inside it was unbearable
pain.

To this day I don't understand what he stood
to gain.

When he was done he put on his pants

My pain was unreal, like being stabbed with
a lance

He stood over me and pulled up his mask.

I want to go back to my cell but I'm to scared
to ask.

He pulled up his mask to take a drink.

I don't want to scream but I'm on the brink.

He put his mask back on and said "Your night
is just beginning"

He said it in a way he thought he was winning.

He told me, "get up and sit in the chair"

I had no clothes, I was completely bare.

KORANI

201

الموضوع

He was right about my night just beginning.
How could he not know how bad he was sinning?
Black Blue and bloodied taken to my cell
They threw me in and to the floor I fell.
I couldn't get up, arms tied behind my back.
Reality completely in lack.
Every other night for 2 months long.
How can they not see how bad and how wrong?
The worst part about everything, a woman
            ordered this to be done.
She looked at me and laughed like she was
            having fun.


Once they realized that I was not going to
give the confession they expected I was released.
Re-united with my husband on the side of the
road and the next day my children brought to me
at my house.
        I was huge pregnant and completely beat
up and malnurished and sick. I'm not sure what
was the problem but I could barely move. My
Son had to help me go to the toilet and I could
not get up on my own.

KORAN

201 الموضوع

My body was completely broken. All I could do was lay down. I couldn't walk on my own at all. I went to see many "doctors" but no one could tell me what was wrong. When they would find out my condition stemmed from prison, they wouldn't treat me anymore. No doubt out of free from the "Amneeyeen".

After my son was born I noticed abnoralities. He would uncontrollably shake. I found one doctor that was willing to look into his case. even though he knew about my imprisonment. He ordered a brain scan from the only specialist in town. The morning we went for the brain scan, we got news from his office the doctor had been assasinated the night before. That was to be the end of my son's treatment.

After imprisonment, surprisingly my husband was even more radical than before, threatening to divorce me if I did not convert to Islam. The beatings started even before I fully recovered from the beatings in prison. Once he realized his threats of divorce were not enough to convince me to convert, he started his search for a muslim slave girl to get pregnant by him.

KORANI

201 - - -

الموضوع

He was trying to rush to find someone so he could get back to his jihad. All the while making excuses for why we were in prison. He said it was their right to do what they did because I had tried to escape and I was not muslim so the "rules" didn't apply to me.

He started his vigorous search for a slave-girl to bear his child and "teach the proper islam" to his children. He ████████ constantly reminded me that if I would just convert he would stop his search.

About 3 months after having my son (4 months after prison) I started to feel stronger. I could make it to the bathroom and walk short ways at a time. That's when I met S██ from Sinjar, Iraq.

KORANI

00045728



الموضوع



201 - · الموضوع

An innocent young girl, more beautiful
            than a pearl.
Her innocense had been taken
And her faith had been shaken.
You are remembered, you haven't been forgotten.
What you have been through how harsh and
            rotten.
Your mother misses you and looks past all these
            things.
~ Only sees her little girl more precious than
    Se      diamond rings.
She will stand by you and never look back.
You will take a stand, a stand against black.
One day when you are old and weak
You will fall into the deepest sleep
You will be reunited with your father so young
            and meek.


    The night I met S█████, she was wearing a
red velvet style dress that was to large on her.

KORANI

201                                                            الموضوع

She was malnurished and very skinney. Her
color was almost grey. She looked very scared
and would not look me in the eye. I remember
my heart breaking. My husband had brought me
to some man's apartment who wanted to sell his
slave-girl.

   Me and my husband were sitting on the
floor and she was standing in front of us. I really
wanted her to relax, her nervousness was absolutely
killing me. ▓▓▓▓▓▓ My husband immediately
told me he was not interested in her. Of course,
she doesn't speak English and didn't understand.
He said to me "Let's go" before she had even said
anything. I asked him to please let me talk to her.
I couldn't leave her there like that, it was absolutely
horrible. My husband agreed to let me speak
with her and he would translate.

   I asked her to sit down in front of me.
She sat down nervously. I asked her name, she
answered but all the while staring at the floor.
The man that "owned" her was in another room
giving us privacy.

KORANI

201

الموضوع

He yelled something into the room. I asked my husband what he yelled. He was yelling at S███ to show me her tattoos as that might be a deal breaker. I immediately pulled up the sleeves of my dress exposing to her my own tattoos as if the man was yelling at me. She looked at my arms and then she looked into my eyes and she smiled. At that moment, I made a promise to her that she was going to come home with me and I would take care of her. That night when we left S my husband said he didn't want to buy her. I asked him to please sell some of my jewelry so I would have enough to bring her home. He agreed. The next day I prepared her own room with her own TV and all the Disney movies she could want. After all, she was only 16.

From that day on, we were always together. We went shopping together, cooking together ... We did everything together.

After about a month, she began to gain weight and got her color. She would smile and laugh. She became very beautiful and my husband noticed.

KORANI



201 الموضوع

I tried to protect her from him but there was nothing I could do. According to Islamic State if I bought S▮▮▮ (which I did) my husband couldn't touch her. I thought I was protecting her. But in a strange twist of things a woman cannot enter into a "legal contract" therefore my husband would have to buy her on my behalf. My husband using this to his advantage made me an offer. He told me "If you convert, I won't touch her." I was so angry, I responded to his offer with "Fuck You". That night he raped her. He went to bed and I held her while she cried. I couldn't stop apologizing to her for what happened. She said she wouldn't change anything only to stay with me.

She is truly an amazing girl and I hope she knows how much I love her to this day.

a gift so small, a gift so cherished
Its beauty forever unblemished
No one telling you were to go or what to do.
No one saying dress like this and make the food.
No one saying to you anything bad
living all your days humiliated and sad.

KORAN

201   -   -                                                الموضوع

This gift so cherished and small
This gift is your freedom and from that you
                    shall not fall.

   As if 2 women wasn't enough my husband
also brought B████ to the house. She was 14
years old. He was trying for B████ and S███ to
both be pregnant but it was never to be.
           S███ and B████ were very close.
- I used to give them money to go shopping together.
So they would take the kids to the park and we
   would spend all our time together. I tried to
be supportive of them after my husband would have
his way with them. While my husband was gone
we were all very relaxed, when he would come home
we were all very tense. I constantly made them
promises that I would do whatever I could to help
them get home to their families. We had childish
dreams of opening a restaurant in Sinjar with
Iraqi/American food. I took them under my wing and
tried to teach them right from wrong.

KORANI

201                                          الموضوع

    I constantly reminded them that ▓▓▓
what was being done to them was wrong.
In the eyes of islamic state there was nothing wrong
but morally it was wrong and they deserved better.
    I taught them how to cook, how to get along
with others and how to get the best bargain at the
market. They were extremely receptive and desperately
needed a mother figure. My kids loved them so much,
we were all a family.
    Eventually, A▓▓▓ was also brought home.
He was 7 years old with the islamic state name
"A▓▓▓▓" I insisted his natural name. I taught
him English and how to behave. Him and my
son were inseperable.
    B▓▓▓, S▓▓▓ and A▓▓▓ are all back
with their families in Sinjar, Iraq.
    In our time together with them, I know
I made some mistakes but I only wanted what
was best for them. It was torturous to watch
MY husband rape and abuse these girls who
could barely remember what it was like to live
a normal life with their own families.

KORANI

00045735

201 · ·                                                    الموضوع

They loved sharing memories with me and always told
me how they wanted me to meet their families one day.
They taught me so much about life. One of the most
difficult days of my life was absolutely the best day
of their life. The day they started on the road back to
their families.

They always said that I had saved their lives
but absolutely they saved my life. and the lives of my
children.

- B█████, S█████ & A█████ - I love you guys.

Se

*Seige*
*On*
*Raqqa*

KORAN

201                                                            الموضوع

Another night into the fray
& I think to myself will we live to see another
            day?
A flag to the left of me and a flag to my right
Which is the evil, must there be a fight?
To protect our children and enforce love
We must have had help from above
One will snap his fingers and so much destruction
            would occur
Much of that time is just a blur
But how much power can these flags have?
How much punishment for behaving bad?
& I lost my sanity in that fight
The left flag was only acting right.

    The first hardest decision of my life was
following my daughter into the dark that fateful
night crossing into Syria. The second hardest
decision was to stay in the battle for Raqqa and
keeping 7 people with me that were relying on me.
My 4 kids, B███, S██ & A███. I knew statistically
speaking at least one of our lives would have been
lost.

KORANI

00045737

201 - - الموضوع

How else were we going to make it out of this nightmare? I had already tried to escape and that failed miserably. I couldn't think of a better option. My husband tried to convince us to go, but ALL of us agreed to stay.

Once I received word things were going to get tough, I immediately started buying up everything while so many people were leaving the city. I started buying huge amounts of milk and rice and flour and other necessities such as diapers and cooking gas. During the seige I wasn't sure we prepared that well but looking back now I think we did a pretty damn good job. We stocked up on pharmaceuticals and water also. Of course, the down side is as the war drew to an end we had to move a lot and it was a lot to move. We literally ditched all our clothes twice just to bring the foods and other goods. Clothes weren't a problem though, we looted empty houses on quiet days to make up for things we didn't have. On one occasion we even found spicy ketchup and olives, we were so excited!

KORANI

201                                                    الموضوع

Honestly, I won't speak to much about the
hardships of the seige because we actually all
lived pretty well. My husband wasn't home much
anymore because he had "work". The closer the
YPG got the more stressed my husband was and
the more relaxed me and the girls got.

As the buildings fall down all over town
The ringing in my ears and our eyes filled
        with tears.
Where there should be puddles of water and mud
There are only puddles of toxins and blood.
The screams of women in their tattered clothes
Dust covered faces and feet with no shoes
No one knows if they are alive or if they are dead
Bloodied bodies and ▓▓▓▓ wounded heads
Big explosions and fires burning.
A little mercy, that's all we're yearning.

But the closer the YPG got, the more difficult
it was to find safety.

KORANI

201 - ·                                                      الموضوع

Me and the girls were not really scared about
what was going to happen, ignorantly. I remember
the first real attack on the city was by cannon
fire and mortars. Me and the girls were sitting
outside in the sun making bread. The mortars
were falling close to us but we had no idea
how dangerous they really were.

The first few weeks of the battle, most of
the gun fire and bombing were at a distance.
we could hear the war planes flying shooting
and bombing. The night sky lit up with
anti-aircraft weaponry and the sounds of the
drones constantly humming like a wasps nest.

Our first real scary experience was our
house getting shot with tank penetrating ammunition
for the A-10 airplane. You first hear the guns
and then you hear the bullets hitting everything
over you and around you. The area lights up
with sparks and shrapnel. Right now, you should
go on YouTube and look at this weapon the A-10.

KORAN

00045740

201 الموضوع

It was actually pretty cool to watch it dive
and strike but definitely NOT when it's shooting
at you.

The war was actually pretty scheduled and
predictable in the civilian areas. We were able
to stay pretty prepared, as well as we could. I'm
guessing that is a strategy of war to keep civilian
deaths low.

Words we don't say out loud
It's taboo, it's not allowed.
All things so bad
Yes these things are very sad
Rape Murder and infidelity
Yes these things deserve our pity
But none so taboo genocide and slavery
These things cannot be overcome except by our
            country's bravery.
In a country run by animals, a political
            uprising
Are we shocked, should it be so surprising?
Why can't the people be treated equal?
It's not the first time we've seen this,
            this is the sequal.

KORAN

00045741

201 · · ·                                                الموضوع

So much death and destruction could have
            be avoided
Blood and tears, of this there is no shortage.

For the first few months this is how our daily
life went: Wake-up as early as possible to go and
get water from the wells. You must go early before
the mortars start falling around ☒ 10 or 11 a.m. Everyone
else goes also so there is typically a long line to get
water. Once the mortars start falling, you must
listen if they start targetting close to you.
If they start targetting your area, you must get to
a basement if available. If none available (as in our case)
you make sure there is at least one floor above you, but
not more than 2 floors or it might get targetted by the
airplanes around sunset.
    We were always looking for the safest place
which would be a 2-story single family home. We
were successful in this but for the last 2 weeks.
At this point in the battle pretty much everything was
destroyed ☒ and we were living in a bombed duplex
hoping it wouldn't get targetted a second time.

KORAN

201                                         الموضوع

All of the buildings had be turned into tunnel
ways to men's homes and anyone of them could
have been targetted by the nightly bombings. The
city began to have a bad smell, the sour smell of
death. Dead bodies were literally everywhere.

Jets soaring high in the sky
Amazing to watch these machines fly
Drones flying low
Must protect themselves from a fatal blow.
The sound of a bomb falling to the ground
No one really knows where it's bound.
War is more than just a sport
War is nothing more than hardwork
Body parts flying left and right
The bright light is in site
Is this light the Jenna we search for
No, that's hell fire and nothing more.
      The second scary time of the war was
One night just after the sun went down, we
were making our nightly preperations. Getting
indoors, turning off lights etc

KORANi

201

الموضوع

Our neighbor building was a 4 story building
with traffic in and out just begging to get bombed.
iYou see, when one location has a lot of people
coming and going, the airplanes assume thats it's
a military base or storage of some sort, food or fuel.
Anyway, so while we were preparing for the nightly
bombs, completely by surprise our neighbor got
targetted. The first blast threw me up against the wall
so hard I lost conscieneness. The second and the
third blast came quickly after and milliseconds
se apart. I was outside when it struck so I got
covered in rocks, debrit and shrapnel from the 4-story
building. I knew A███ and my sion were outside
and assumed they were dead. I knew B███, s███
and the 2 babies were in the house but they were
the closest to the blast. I got up and started screaming
for Bedria & Soad. I had no shoes on and my feet
were burning from the blast and were all cut up
from struggeling to get to them. You can't see
or breathe from the gun powder and dust.
After digging out the doorway I was able to get
inside where they were all buried beneath the
rubble of the wall collapsing.

KORANI



201 الموضوع

The bomb detonated literally 10 feet away from them. I immediately started digging for them. I found B▌▌▌ under still holding my son. S▌▌ and my two daughters came walking out of the dark from the back of the room. Everyone covered in dust blood and cuts but everyone alive. I guided them out of the house and to the street where I started screaming for my other two kids, my son and A▌▌▌. We found them alive. They had run to safety down the street. Thank God they were still alive. I checked everyone's injuries. Everyone was ok but B▌▌▌ needed stitches in her foot, so we headed to the hospital.

Watching the war from afar
Buildings and bodies being charred
Bombs making the ground shake
Just like an all night earthquake
The tree line blinking like enourmous firefly's
Flashes so bright in the skies
The rumbling sounds shake and almost stop the heart
These wars are tearing the world apart.

KORANI

00045745