

# Letters To My Family

IF WE DISAPPEAR

00045787

201 الموضوع

I am writing these letters to my family in case my country is unwilling or unable to arrange my return back to the U.S. If I don't make it back to the U.S. for sure I will be traded back to islamic State for my immediate execution. More than likely the YPG will try to say that I ran away, but of course this is not the case.

I would like to tell the world that if I am executed my children will be trained as Killers. Please forgive them, they are only children and will be taken away from the only one who has tried to protect them.

I would like to tell my mother and father that I am so sorry for everything and anything I have put them through. I know I have caused a lot of heartache for you. I want you to know that everyday I think of you and I love you so much. Please don't ever forget about us. Please remember the good things if you can think of any.

KORANI

00045788



201 الموضوع

I wish so much you could know your grandkids. M▮▮▮ is so strong and independant. He is and has always been my best friend. M▮▮▮ loves his brother and sisters so much.

S▮▮ is very girly, she loves to wear pretty make-up and so badly wants her hair to be long again. I had to cut her hair because she wouldn't let me comb it, but now she lets me and asks everyday when her hair will be long again.

I▮▮▮ is a homebody and prefers to watch cartoons than anything else. The only thing he likes more is his cat. They play together around the house all day. He loves any and all animals.

M▮▮▮? Well, she's m▮▮▮. I want dad to know I named her after grandma. I so wish I had pictures to include, but I don't.

I wish I could apologize for each and everything I have ever done to hurt you but that may take more time than I have. My guilt overwhelms me so much of the time. You've done so much good for me and all I've done is



201    الموضوع

hurt you. I guess I really want to apologize for all the times I made you feel unloved. I hope you can forgive me.

Lori,

I remember growing up, dad and mom used to always say "Don't fight, all you have is each other one day." You have always been there for me. I'm sorry I haven't been a good example as an older sister. You have 3 older sisters and seems none of us have been there for you. I have never deserved your dedication and now I know I don't deserve your forgiveness. Thank you for not forgetting about me.

I'm sorry for not standing by you when you needed me the most. I have 100% failed you.

I so wish we could all be a family again. I hope I can have another chance but that seems slim right now by the way things are going here. I love you Lori. Please Kiss ▆▆▆▆ & ▆▆.

KORANI



J▮,

    I'm not really sure where to start but I think our son is a pretty good place. First of all, you should know that he is truly amazing and extremely brave. He is probably the bravest most patient person I know. If I am gone, he is more than likely still alive. You should never stop looking for him. He is very adaptive and would know how to keep himself alive. Don't ever give up on him.

    If what I believe is going to happen, happens — M▮ will be taken to a training camp. He will be taught everything I will have tried so hard to protect him from.

    I'm sure you saw his videos. Anyone who knows anything would know he was forced. I want you to know everything he said stemmed from the fact that I kept telling my husband that you were previously in the military and more than likely looking for your son. My husband became paranoid about a rescue attempt. He became so paranoid he couldn't sleep at night.

KORANI

201   الموضوع

The first videos were made because I thought my husband was trying to get us back to my sister. My husband assured me that he was making ~~arrange~~ arrangements for us to go home. I found out later he was asking for money and probably never intended on us leaving.

I never let M▓ forget how strong and brave you were. I never said a bad word about you, in fact only trying to remember the best things. M▓ wants to go fishing with you so badly! Please remember he is just a child. He asks me a lot of questions about you.

I also want you to know I was not intentionally taking him away from you. I was under so much pressure from my husband at your expense. I didn't think you would notice if we left the country for 6 months and then we would have been back. I thought Morocco would have been so great. Having a life there we couldn't have in the U.S. Obviously, nothing went as planned.

I also want you to know I don't remember that you ever did anything wrong →

KORAN

00045792

201 الموضوع

My mind hasn't been right for years now and I'm not sure you could have done anything right by me and I'm sorry for that. This has all been my fault. I kept reaching for what I thought could make me happy but I was only lying to myself. You should know I have never stopped loving you and I hope you can forgive. I should have stayed with you that night in Chicago.

I love you all so much!

-Sam

KORANI





If I were to be compared to a movie character, to be clear — not my life as a movie but just me as a character in any random scary movie, I know which one I would be. Every scary movie has the same characters:

1) The brave man or woman
2) The sexy woman
3) The sarcastic man or woman
4) The coward man or woman
5) The innocent man or woman

I would definitely be character #3. Here's why — this person is always so nasty and sarcastic but seems to be a loyal friend. As soon as you start watching he/she is the hated character. He/she ditches a best friend, makes an inappropriate joke or something else that would get under your skin. As the movie goes on this person just keeps doing stupid anti-social things. This person 100% of the time dies in the movie. He/she is the one that when they die, you think to yourself "Finally they got what they deserved"

Cementing the yard because he didn't want to mow

Having me do most everything because I had a American face, required me to keep blonde

Staying in a poor neighborhood so he could feel superior, even admitting to it.

Going to a church so people wouldn't think he was muslim

He thought driving with a trailer attached would make people respect him.

Putting a heavy duty uncuttable lock on a 4 foot fence.

He was convinced that if only ate meat he would never poop.

He thought ejaculating after sex takes years off your life.

He hated dogs but pretended to like them, even having one so people thought he was normal.

He would wear my reading glasses because he thought people would like them.

He thought being near magnets would mess up his DNA.

KORAN

He was sure the hospital in the U.S. would give us the wrong baby after birth and tried to talk me into a DNA test with my own baby before I could leave.

He would wash his car 2 or 3 times a day.

Everytime he would buy a car, he insisted all the heat sheilds be replaced and all old under carriage bolts.

After watching a special on GMO's he would become furious if I bought anything non-organic.

Cleaning house was a waste of my time but if the house wasn't clean he would be angry. I hired someone, he became angry.

He would ~~~~ buy names in ~~~~.com form to resell them. He was always looking to make $1 by spending $100.

He was overly paranoid even when not high. He was sure people were "spying" on him from the abandoned house behind us. He tried to buy the property so "they" couldn't spy on him.

00045798

201          الموضوع

He was always bored and looking for purpose.

He lied to me about being married before and made a fake vacation to his old home town thinking he could secretly divorce without me knowing.

He would flirt with girls at the grocery store and then never call them. Offering them fake jobs as models, taking their number and then never call. (I know but he didn't know I knew, we lived in a small town).

He encouraged me to get tattoos, even wanting to help design and be present.

When we would go somewhere, he encouraged me to wear tops showing cleavage, even ~~~ buying me breast enhancement surgery.

He loved to give elaborate gifts to everyone, even his dentist.

He would make a friend, put in 200% into their relationship, always together etc. Then one day he would just decide he hated that person. Not dislike but HATE and he would never give a reason why.

KORANI

00045799

Nothing he did was fast. Everything was extensively planned out and done to what he considered perfection.

Other things didn't mean as much, painting the walls he forbade me to move the furniture to paint. He said no one would see it.

He thought any little thing, even as small as a pimple was cancer. He would have me look at it sure he was sick.

He KNEW a mosquito bite only itches because it had been in the toilet.

He thought something as simple as taking a shower and washing your ears would cause an ear infection.

He thought "if you wear a wedding ring you can't close a sales deal" Often requiring me to remove my wedding ring to even go to court for a speeding ticket.

~~[scribbled out]~~

I was required to use sexuality to gain something he wanted. Anything from seeing the local police due to business or buying a car. Flirting was serious business and he tried to "train" me to do it right.

H — He used to spell his name "Musa" instead
H — of "Moussa" because he thought it made him look patriotic.

H — It has taken me a few days to write all these things that I could remember, of course there is so much more that I probably don't know about or that I can't remember. My point is to show myself that I knew he was a liar and a cheat about everything in life but I also believed there is good in everyone. Something my husband proved me wrong on.

The FBI agent asked me an interesting question, "Why don't you call your husband by his name and only refer to him as 'my husband'?" At that time I answered "I can't bring myself to say his name." This is true, but only partially. "Moussa" was a man that didn't exist, it was all a complete lie. The man that died constantly reminded me that he was "my husband."

This whole book has been difficult for me to write because it is a whole book about my defeat. I didn't write this to be labelled a victim, I am not. But also, I am NOT a terrorist.









00045805

your place
in the heart

00045806