**Body** I just changed my phone and I'm not sure I got your number right, I just texted you... did you get it?

**Recipients** Samantha Sally Elhassani (100000164453822)
J S ( )
**Author** J S (1 )
**Sent** 2015-01-16 13:20:09 UTC
**Deleted** false
**Body** So what's the deal? Ignoring me now?

**Recipients** J S (1 )
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-01-16 23:49:10 UTC
**IP** 105.157.96.171
**Deleted** false
**Body** I have no idea what you are talking about?? I am not ignoring you!

**Recipients** J S ( )
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-01-16 23:52:30 UTC
**IP** 105.157.96.171
**Deleted** false
**Body** If you have tried to text me, I am not getting texts. I have only been able to get an international number. If you want to get a hold of me, get me on here unless you want my international number

**Recipients** J S ( )
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-01-16 23:53:15 UTC
**IP** 105.157.96.171
**Deleted** false
**Body** Please don't assume I am "ignoring you". Please remember we are out of the country with limited access to internet and very expensive cell service. Please be patient and understanding

**Recipients** Samantha Sally Elhassani (100000164453822)
J S ( )
**Author** J S (1 )
**Sent** 2015-01-16 23:54:06 UTC
**Deleted** false
**Body** You're also in a country that was just attacked by terrorist last week in Paris

**Recipients** J S ( )
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-01-16 23:54:18 UTC
**IP** 105.157.96.171
**Deleted** false
**Body** Haha that was me :) lol

**Recipients** J S ( )
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-01-16 23:54:29 UTC