# Great Lengths Ext Removal Appt.

**From:** Samantha Sally <sam.sally85@gmail.com>
**To:** booking@hollywoodhair.com.hk
**Date:** Fri, 03 Apr 2015 09:47:27 -0500

Hello there,

I will be traveling Tuesday Night and I was wondering if any of your professionals would be available Saturday/Monday/Tuesday to remove my Great Lengths Hair Extensions. Please, if you have anything available, put me down for the soonest appointment you have, email me with the day/time and I will be there. I am really hoping you can fit me in with such short notice. Thank you very much for your time!

*Thank you!*
*Samantha M. Sally*

20088566

# Great Lengths Ext Removal Appt

---

**From:** Samantha Sally <sam.sally85@gmail.com>
**To:** hh2@hollywoodhair.com.hk
**Date:** Fri, 03 Apr 2015 10:12:45 -0500

---

Hello there,

I will be traveling Tuesday Night and I was wondering if any of your professionals would be available Saturday/Monday/Tuesday to remove my Great Lengths Hair Extensions. Please, if you have anything available, put me down for the soonest appointment you have, email me with the day/time and I will be there. I am really hoping you can fit me in with such short notice. Thank you very much for your time!

I have emailed both of your locations hoping there will be an opening available. Thank you!!


*Thank you!*
*Samantha M. Sally*