|     |     |
| --- | --- |
| **IP** | 66.87.115.123 |
| **Deleted** | false |
| **Body** | Plz gimme a call when u can asap, and fell needs to call me, Linda is texting me ☐☐☐☐☐ |
| **Recipients** | Zahra Marin Elhassani (1039672757)<br>Samantha Sally Elhassani (100000164453822) |
| **Author** | Samantha Sally Elhassani (100000164453822) |
| **Sent** | 2015-04-11 13:08:46 UTC |
| **IP** | 88.224.37.184 |
| **Deleted** | false |
| **Body** | oh no!! I just saw that she instant messaged me too. Calling is so hard right now because my phone is broken...I will talk to moussa and del right now and let them know whats up. I think del can call you |
| **Recipients** | Samantha Sally Elhassani (100000164453822)<br>Zahra Marin Elhassani (1039672757) |
| **Author** | Zahra Marin Elhassani (1039672757) |
| **Sent** | 2015-04-11 13:20:50 UTC |
| **Deleted** | false |
| **Body** | She texted me saying she tried to take her life. Everyone ignoring her, typical drama queen |
| **Recipients** | Samantha Sally Elhassani (100000164453822)<br>Zahra Marin Elhassani (1039672757) |
| **Author** | Zahra Marin Elhassani (1039672757) |
| **Sent** | 2015-04-11 13:21:11 UTC |
| **Deleted** | false |
| **Body** | She is Tryna say she is gonna come here when u get back .... |
| **Recipients** | Zahra Marin Elhassani (1039672757)<br>Samantha Sally Elhassani (100000164453822) |
| **Author** | Samantha Sally Elhassani (100000164453822) |
| **Sent** | 2015-04-12 17:05:55 UTC |
| **Deleted** | false |
| **Body** | Haha yea I told her I was going to be back maybe Friday. Wow... What a great Muslim trying to take her own life and all.... |
| **Recipients** | Samantha Sally Elhassani (100000164453822)<br>Zahra Marin Elhassani (1039672757) |
| **Author** | Zahra Marin Elhassani (1039672757) |
| **Sent** | 2015-04-12 17:16:17 UTC |
| **Deleted** | false |
| **Body** | Drama queen! |
| **Recipients** | Zahra Marin Elhassani (1039672757)<br>Samantha Sally Elhassani (100000164453822) |
| **Author** | Samantha Sally Elhassani (100000164453822) |
| **Sent** | 2015-04-13 06:00:48 UTC |
| **Deleted** | false |
| **Body** | No kidding!!! She's asking me for the addresss of the warehouse now. |
| **Recipients** | Samantha Sally Elhassani (100000164453822)<br>Zahra Marin Elhassani (1039672757) |
| **Author** | Zahra Marin Elhassani (1039672757) |
| **Sent** | 2015-04-13 07:19:28 UTC |
| **Deleted** | false |
| **Body** | Jeez. What is she Tryna do??? |

**Recipients** Zahra Marin Elhassani (1039672757)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-13 07:48:00 UTC
**Deleted** false
**Body** I don't know. Del told me not to answer her.

**Recipients** Zahra Marin Elhassani (1039672757)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-13 07:48:52 UTC
**Deleted** false
**Body** So I'm guessing I'm one of the people that was ignoring her? I told her I was in Oklahoma helping clean up after the storms and her problems are the most important.

**Recipients** Zahra Marin Elhassani (1039672757)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-13 07:48:59 UTC
**Deleted** false
**Body** I'm gonna start ignoring her

**Recipients** Zahra Marin Elhassani (1039672757)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-13 07:49:12 UTC
**Deleted** false
**Body** She needs to be a big girl

**Recipients** Zahra Marin Elhassani (1039672757)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-13 10:41:43 UTC
**Deleted** false
**Body** Can you ask Jason if he took the crib mattress? Jaime really needs it and I promised it to her

**Recipients** Zahra Marin Elhassani (1039672757)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-13 10:42:13 UTC
**Deleted** false
**Body** They aren't expensive, like $80 but she needs it and I have no way to help her but from what I promised her 🙁

**Recipients** Samantha Sally Elhassani (100000164453822)
Zahra Marin Elhassani (1039672757)
**Author** Zahra Marin Elhassani (1039672757)
**Sent** 2015-04-13 10:48:50 UTC
**Deleted** false
**Body** Ok

**Recipients** Zahra Marin Elhassani (1039672757)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-13 10:49:09 UTC

Photo Id:
1081686181921482

Recipients Samantha Sally Elhassani (100000164453822)
Stephanie Servantes (100002403321093)
Author Stephanie Servantes (100002403321093)
Sent 2016-08-02 06:49:53 UTC
Deleted false
Body He will be 2 months tomorrow!!


(mid.1428623989798:d825b9f4cfb5ffe912)
Recipients Samantha Sally Elhassani (100000164453822)
Linda Abdallah (1383639615)
Author Linda Abdallah (1383639615)
Sent 2015-04-09 23:59:49 UTC
Deleted false
Body Hey sam. Could you call me when you get a chance please

Recipients Samantha Sally Elhassani (100000164453822)
Linda Abdallah (1383639615)
Author Linda Abdallah (1383639615)
Sent 2015-04-10 13:12:14 UTC
Deleted false
Body Please. I don't know anybody else to talk to. You are the only one who knows del and me. I really feel like nobody wants to talk. I have no friends

Recipients Linda Abdallah (1383639615)
Samantha Sally Elhassani (100000164453822)
Author Samantha Sally Elhassani (100000164453822)
Sent 2015-04-11 13:10:33 UTC
IP 88.224.37.184
Deleted false
Body Hey...I'm so sorry I just saw this. What's going on? Are you ok? I just saw that you were coming to Indiana on Monday. I won't be back until next Friday...Some stuff came up in OK that I had to stay for.

Recipients Samantha Sally Elhassani (100000164453822)
Linda Abdallah (1383639615)
Author Linda Abdallah (1383639615)
Sent 2015-04-11 15:39:28 UTC
IP 2601:2:6381:599c:9543:787d:40b0:8f14
Deleted false
Body oh ok, I will talk with you when you get back. probably not safe to talk on facebook messenger.

Recipients Samantha Sally Elhassani (100000164453822)
Linda Abdallah (1383639615)
Author Linda Abdallah (1383639615)
Sent 2015-04-11 15:40:23 UTC
IP 2601:2:6381:599c:9543:787d:40b0:8f14
Deleted false

**Recipients** Samantha Sally Elhassani (100000164453822)
Cassie Daniels (57107457)
**Author** Cassie Daniels (57107457)
**Sent** 2015-04-06 20:50:18 UTC
**Deleted** false
**Body** Hey are you letting jason use the explorer?

**Recipients** Cassie Daniels (57107457)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-07 06:34:51 UTC
**IP** 203.218.192.200
**Deleted** false
**Body** Hey sorry I didn't get back to you last night, I passed out lol :)

**Recipients** Cassie Daniels (57107457)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-07 06:35:18 UTC
**IP** 203.218.192.200
**Deleted** false
**Body** Yea I guess Moussa told him he could use it while we are gone. Why, what's he using it for?

**Recipients** Cassie Daniels (57107457)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-07 06:35:58 UTC
**IP** 203.218.192.200
**Deleted** false
**Body** If I was you, I just wouldn't do it! Just tell him when he asked why it's not done or Text armelina and tell her! She will be pissed because she doesn't want returns and MORE fines from FFA

**Recipients** Cassie Daniels (57107457)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-07 06:36:32 UTC
**IP** 203.218.192.200
**Deleted** false
**Body** Don't tell her you know about the FFA but just tell her you don't know how to do aerosol or battery or anything else and he expects you to "just do it"

**Recipients** Cassie Daniels (57107457)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-07 06:37:09 UTC
**IP** 203.218.192.200
**Deleted** false
**Body** We are heading to Morocco today for 2 weeks and then we will be back :) I'm so ready to be home!!!

**Recipients** Samantha Sally Elhassani (100000164453822)
Cassie Daniels (57107457)
**Author** Cassie Daniels (57107457)
**Sent** 2015-04-07 12:44:07 UTC
**Deleted** false

**Body** I just saw him and Rachel cleaning it out. Just didn't know if he was supposed to be in it. Walt was out yesterday cleaning up outside. Can't wait for you to get home lol miss you so much! Have fun in Morocco I'm sure moussa will be happy to see his parents :) counting down the days till you come home lol

**Recipients** Samantha Sally Elhassani (100000164453822)
Cassie Daniels (57107457)
**Author** Cassie Daniels (57107457)
**Sent** 2015-04-07 14:33:17 UTC
**Deleted** false
**Body** Oh also didn't tell you jason told me if customers still pay for fedex we can still ship them and if the truck doesn't come to pick them up we can put it in one of the fedex mailbox. I told him no we can't because we don't have a fedex acct anymore. He had this look of confusion. Wtf!? Haha omg I was thinking how many brain cells do you have left!? Lol

**Recipients** Cassie Daniels (57107457)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-08 13:07:26 UTC
**IP** 78.188.61.152
**Deleted** false
**Body** Are you serious?! What a moron!!! Hahahahahahahaha That is hilarious :) lol

**Recipients** Cassie Daniels (57107457)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-08 13:07:52 UTC
**IP** 78.188.61.152
**Deleted** false
**Body** I'm so ready to come home too!!

**Recipients** Cassie Daniels (57107457)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-08 13:08:03 UTC
**IP** 78.188.61.152
**Deleted** false
**Body** I am ready to be grounded for a while.

**Recipients** Cassie Daniels (57107457)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-08 13:08:27 UTC
**IP** 78.188.61.152
**Deleted** false
**Body** So tired and ready to be in my bed! We will be able to get his papers straightened out in Morocco too thank god.

**Recipients** Samantha Sally Elhassani (100000164453822)
Cassie Daniels (57107457)
**Author** Cassie Daniels (57107457)
**Sent** 2015-04-08 13:10:11 UTC
**Deleted** false
**Body** Well that's good :) I need an awkward hug lol

**Recipients** Cassie Daniels (57107457)

**Author** Cassie Daniels (57107457)
**Sent** 2015-04-13 10:44:38 UTC
**Deleted** false
**Body** How Morocco? Better than your last visit?

**Recipients** Cassie Daniels (57107457)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-13 10:45:49 UTC
**Deleted** false
**Body** Yes much better!! We are relaxing and having a good time 😊 we got a hotel so we aren't smothered by mom and dad all the time. Plus Moussa is here so we can kinda venture out a bit

**Recipients** Samantha Sally Elhassani (100000164453822)
Cassie Daniels (57107457)
**Author** Cassie Daniels (57107457)
**Sent** 2015-04-13 10:46:41 UTC
**Deleted** false
**Body** Oh awesome. That's good :) I need a vacation lol

**Recipients** Cassie Daniels (57107457)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-13 10:49:37 UTC
**Deleted** false
**Body** I know you do! A vacation where you aren't sick or hurt

**Recipients** Samantha Sally Elhassani (100000164453822)
Cassie Daniels (57107457)
**Author** Cassie Daniels (57107457)
**Sent** 2015-04-13 10:51:13 UTC
**Deleted** false
**Body** Right!? Thankfully I haven't been sick last yr was so bad with sickness.

**Recipients** Cassie Daniels (57107457)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-13 10:51:34 UTC
**Deleted** false
**Body** Yea it was bad for everyone!! How's the weather there?

**Recipients** Samantha Sally Elhassani (100000164453822)
Cassie Daniels (57107457)
**Author** Cassie Daniels (57107457)
**Sent** 2015-04-13 10:52:13 UTC
**Deleted** false
**Body** Chilly in the mornings. But getting warmer. 60s today

**Recipients** Cassie Daniels (57107457)
Samantha Sally Elhassani (100000164453822)
**Author** Samantha Sally Elhassani (100000164453822)
**Sent** 2015-04-13 10:52:19 UTC
**Deleted** false
**Body** Nice!!!

**Recipients** Cassie Daniels (57107457)
Samantha Sally Elhassani (100000164453822)