| DATE SENT | MESSAGE BODY | STATUS | SENDER | RECIPIENT |
|---|---|---|---|---|
| 2019-08-27 T 13:55:21 | yes your messages are making it through, I just couldn't get to a tablet. yes, this is how I ended up talking to Shane. because she is talking to multiple journalists. she tried to show CBS the videos of matt from my email but Cassie saw her trying to access the videos through my email. I only spoke to Shane because I read the article he put out and I was so pissed!!!! she lied so much about me and about mom and dad and I only wanted to set things straight. she also has spoken with many local papers and TV stations. the correctional officers are always coming in saying "your sister is in the news again...." then they tell me which news station it is....<br><br>josh I am overwhelmed by all this and I have tried very hard to keep quiet but with the lies that she is spreading and saying that I deserve to spend my life in prison and that I am an unfit mother and that we were physically abused as children....what is she getting from all of this???? she brought that Elle journalist to many of my court hearings. that woman spent a lot of time with Lori. | Read | Samantha EL-HASSANI | Josh Baker |

| DATE SENT | MESSAGE BODY | STATUS | SENDER | RECIPIENT |
|---|---|---|---|---|
| 2019-09-07 T 08:43:56 | I'm sorry again for being so upset with you. I hope you can understand why all of this is so hard on me. I can't be out and show my feelings for you and how truly sorry I am and at the same time, poison is being fed to you. it felt to me rather than resisting that poison, you happily accepted it and that hurt. it makes me wonder how much of what she says you actually believe. it shouldn't matter to me what anyone believes but of course it does because its you and I love you. and then I remember at how new you are to all of this. she is quite believable sometimes. she almost had me believing I was abused as a kid.<br><br>I decided to get some outside advice and you know how much I hate getting outside advice. Jesse has known me AND my family including Lori for years and years. he knows me, the good and the bad. here's what he told me "if the man likes you, your sister will surely be a test. but if he loves you, he won't let her". that advice got me thinking, how do I react when anyone says something about about someone I love? about Cassie? about my parents? about Jesse? about you?? when me and my parents talk, we don't talk about Lori out of respect for each other, me to them as her parents and them to me as her sister. no one I know, friend or not, would I ever allow to talk bad about someone I love. that's why I don't talk about Lori with you when I can possibly help it. how many times have you heard me say, " I really can't talk about this"? even things I do say I am simply | Read | Samantha EL-HASSANI | Rafael Lebron |