| | |
|---|---|
| From: | musa <moss.hass@gmail.com> |
| To: | Zahra Elhassani <zahra.elhassani@gmail.com>, Samantha Sally <sam.sally85@gmail.com> |
| Date: | Mon, 06 Apr 2015 12:51:02 -0500 |

Here are some details about the house:

+ New plumbing all around house as of 2012

+ 100 Gallon gas water heater with 4 year warranty left with Menard's (installed 2014)!!!

+ New Furnace 150,000 BTU with 9.5 years left on warranty with Church Plumbing (installed November 2014)!!!

+ Chimney vent redone by Church plumbing (November 2014)

+ $3500 Italian made Stove!

+ Samsung Fridge with 4 years warranty with Lowe's (installed 2014)! Filtered water and ice dispenser!

+ Samsung Washer and Drier with 4 years warranty with Lowe's (installed 2014)!

+ 3D LG Flat Screen TV!!!

+ New windows as of 2010

+ 6ft privacy fence!

+ Remote controlled motorized sliding gate!

+ Keyless front and back door entry!

+ 750 lbs Safes!!!

+ Pet free house! No smoking house!

+ Very respectful neighbor families!

+ Lots of closet space!

+ 1 year old carpet!

Can't think of all perks that come with house; Must see it!!!

Great house for winter! Extremely low heating bill!! Wireless thermostat that you can control with your phone!!! Highest winter bill is less than $150 with average 75 degrees!!! Brick house with great insulation!!!

This is not a project house! This is ready for living in and needs no work!!