# EXHIBIT B
*United States v. El Hassani*, 2:19 CR 159

# Radde Investigative & Security
AGENCY, INC.

WORK PRODUCT

Interview
July 23, 2020

Andrew J Moring



Re: Samantha (Sam) El Hassani & Moussa El Hassani)

July 23, 2020 I, Investigator Steve Radde contacted Andrew Moring (AJ) by phone. AJ furnished the following information.

AJ stated, that he and Samantha grew up in Arkansas. AJ said, he new Samantha from around 1999 which he was 9 years old and that Samantha was 14 or 15 years old when they met.

AJ stated, he was working in the rice fields in Arkansas when he got the opportunity to move to Elkhart, IN and work at VIA Address. AJ at the time thought Moussa was a nice guy. AJ said, Moussa and Samantha invited him to stay with them.

AJ said, VIA Address was a warehouse that Moussa's brother owned and that his job duties were taking in and sorting packages.

AJ stated, he started noticing Samantha loosing weight and having circles under her eyes. This was when AJ learned from Samantha that Moussa was telling Samantha that she was fat and had to lose weight. Samantha also informed AJ that Moussa was beating her.

AJ said, Moussa told Samantha to quit smoking cigarettes and one day Moussa found a pack in her car. Moussa came into the house and smashed each cigarette, one at a time, on top of Samantha's head.

AJ has observed Moussa hit and shove Samantha. AJ said, Moussa was a bad person.

AJ said, Samantha was a good girl just caught up with lies and couldn't get away from Moussa.

**Radde Investigative & Security Agency, Inc.**

AJ said, after work one evening he came home and walked in the door and Moussa was standing there pointing a pellet rifle right at his face. AJ said, what are you doing and Moussa said ha ha just kidding.

AJ said, Moussa used to meet with a local drug dealer. AJ said, Moussa started using cocaine a lot. AJ said, they had to call the police on Moussa because he barricaded himself in the warehouse. Moussa was high on drugs and he thought people were out to get him. AJ said, it was Samantha, Matthew and him knocking on the door trying to get him to come out.

AJ said, Samantha told him that she didn't want to have sex with Moussa but he would not take no for an answer and pretty much would rape her.

AJ told Samantha to quit taking all the abuse and leave Moussa. Samantha told him it was okay. AJ said, Samantha decided to tell Moussa she was leaving him. Samantha told AJ that Moussa grabbed a pair of scissors held her down and in front of Matthew, her 5 year old son, put the scissors to her throat.

AJ said, Moussa came to the warehouse that evening and tried to pick a fight with him. AJ said, Moussa told him that Samantha was his property and he could do what ever he wanted to her. AJ said, when leaving the warehouse Moussa threw a rock through his back truck window.

AJ said, the next day Moussa made Samantha go and file a restraining order against him. AJ stated, he was not aloud to be around Samantha, Matthew her son, Moussa's residence and the warehouse where he worked.

AJ said, since he lost his job and had no place to stay he sold his property to get enough money to move back to Arkansas.

AJ thought he left back to Arkansas one or two years before Moussa and Sam moved out of town.

AJ thought Cassie Daniels and Angela Benke might have observed the abuse or have been confronted by Samantha about Moussa abusing her.

AJ said, he would testify if need be.

Investigator
Steve Radde

**Radde Investigative & Security Agency, Inc.**

WORK PRODUCT

Interview
July 24, 2020

Angela L. Benke

Re: Samantha (Sam) El Hassani & Moussa El Hassani

July 24, 2020 I, Investigator Steve Radde interviewed Angela Benke in person at her residence.

Angela stated, she has spoken with either the FBI or CIA a while back about Samantha.

Angela was employed at VIA Address for about 1 year and worked closely with Samantha.

Angela stated, VIA Address was an overseas shipping company that was owned by Moussa's brother Jason El Hassani (real name Mohammed Yassine).

Angela said, she couldn't remember the date of her employment but she said she left the company before Moussa and Samantha had moved.

Angela stated, she was hired in by Jason and at that time there were only 5 employees. (Jason, Lori (who is Samantha's sister), Moussa, Victoria and herself.

Angela said, her job duties were in the packaging department before she moved to management.

Angela said, before she left the company there were approximately 10 employees.

Angela stated, she was employed when Samantha moved into town with her son Matthew from Arkansas. Angela said, Samantha told her that she was beaten from her previous relationship.

Angela said, Moussa was a handsome man and very persuasive and that Moussa told Samantha that her and her son could move in with him, which they did.

*"We're Everywhere You Need Us To Be."*

2927 Mishawaka Ave. • South Bend, IN 46615 • 574-234-9091 • 1-877-299-6779 • Fax: 574-234-3390

**Radde Investigative & Security Agency, Inc.**

Angela stated, after a while she noticed Samantha was not the same and asked Samantha if she was okay. Samantha said no. Samantha told Angela that Moussa hits her and she didn't like the way Moussa treated her son Matthew. Samantha said, he is abusive to him also. Samantha told Angela that she was scared of Moussa.

Angela stated that she told Samantha if you are afraid of him why don't you move out and Samantha said, I am in love with him.

Angela stated, she felt Moussa was looking for someone that he could control.

Angela said, Samantha worked at the warehouse during the day and Moussa worked at night, but that Moussa could come and go as he pleased since his brother owned the place.

Angela said, Moussa would meet strange people at the warehouse at night. Angela later found out it was for drugs.

Angela said, even though she was a manger she was not aloud to say anything to Moussa. Moussa could do what ever he wanted.

Jason was married to Lori, Samantha's sister. Angela said she mentioned something to Lori about Moussa and Lori responded there is nothing she could do about it.

Angela said, Moussa does nothing wrong in Jason's eyes.

Angela stated, Samantha came in one day and she was crying and Angela asked if it was Moussa and Samantha said yes. Samantha told Angela that Moussa told her if she was to ever leave he would kill her. Samantha told Angela, I am scared to death.

Angela said she told Samantha there are people that can help her and Samantha said he will kill us.

Angela stated, Samantha told her that Moussa forced her to have sex with him and that it was brutal and not passionate.

I then asked Angela about what she told the magazine. Angela said, Samantha told her that she didn't like living with Moussa, and that he hits her and she wanted out.

**Radde Investigative & Security AGENCY, INC.**

Angela said, she left VIA Address before Moussa and Samantha had moved. Angela stated, it blew her mind that Samantha went with Moussa because she was so afraid of him.

Angela said, when Samantha was not with Moussa she was a different person that she was very outgoing, friendly, and easy to be around. When Moussa was around Samantha would say nothing.

Angela believed the only other people that might have observed or heard from Samantha about the abuse would be Cassie Daniels and Andria Lightner, because all their desks were by each other.

Angela said, she would testify if need be.

Investigator
Steve Radde

# Radde Investigative & Security Agency, Inc.

WORK PRODUCT

Interview
August 11, 2020

Andria Lightner

Re: Samantha (Sam) El Hassani & Moussa El Hassani

August 11, 2020 I, Investigator Steve Radde, traveled to Elkhart, IN to interview Andria Lightner in person.

Andria stated, she has spoken with the FBI several times but never spoke about the relationship between Samantha and Moussa.

Andria stated, she was interviewed and hired by Samantha in 2011.

Andria said, her duties were customer service, to repack and to get everything ready for shipping.

Andria said, her desk was in one big open area by Samantha's and Cassie's.

Andria stated, her son and Samantha's son, Matthew, were only 3 days apart in age. Andria said, she and Samantha would let the boys play together and that is how she and Samantha became close.

Andria said, Moussa worked in the facility, but he was not there very often. Andria said, he would come in and out.

Andria stated, she never actually saw Moussa do anything physical towards Samantha. Andria said, she did remember Samantha coming into work one day and telling them things that happened the day before. Like, one instance Samantha was working with Moussa at one of the other warehouses. Andria said, during that time Samantha said Moussa got mad at her and took

*"We're Everywhere You Need Us To Be."*

2927 Mishawaka Ave. • South Bend, IN 46615 • 574-234-9091 • 1-877-299-6779 • Fax: 574-234-3390

**Radde Investigative & Security AGENCY, INC.**

her car keys and made Samantha and Matthew, her son, walk home which was several miles away. It was snowing outside and cold. Andria said, Samantha told her that when she and Matthew got home Moussa was already home and changed the locks on the doors.

Andria stated, Samantha told her that Moussa would not let them inside the house so she and Matthew, who was 5 years old, had to sleep on the front porch in the cold.

Andria said, she never saw the abuse but several times Samantha would come in with lots of makeup on to hide bruises.

Andria does not recall Samantha ever telling her that Moussa hit her, but Samantha would say Moussa was in a bad mood.

Andria said, you could tell when Moussa came around Samantha, she would kind of cower. Samantha's mood always changed when Moussa came around. Samantha would have to do whatever Moussa told her to do. Andria said, if Samantha wanted to do anything, she would have to get Moussa's permission.

Andria said, she had quit the job several months before Samantha and Moussa moved. Andria said, Samantha and her still stayed in contact.

Adria said, she believed that Samantha and Moussa were going on a family/business vacation to Hong Kong. Andria said, not once did she mention Syria and or ISIS.

Andria said, Samantha had to go meet Matthew's dad to have him sign some passport papers.

Andria stated, when Matthew would come to the warehouse with Moussa and Samantha, Matthew seemed like he was on edge. Matthew seemed to watch what he was doing. Andria said, Matthew was acting nothing like he would when he was playing with her son.

Andria said, she has known Samantha for 9 years now and feels that Samantha would never have picked up and left with the kids to Syria. Andria said, Samantha would never willingly put her children in danger by taking them to Syria. Andria said, no way she did that willingly.

At this time Andria had nothing more to add. I then ended my interview.

Investigator
Steve Radde