1          UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF INDIANA
                HAMMOND DIVISION

3  UNITED STATES OF AMERICA,      )
                                  )
4  vs.                            ) 2:19-CR-159
                                  )
5  SAMANTHA ELHASSANI.            )

6                **EXCERPT TRANSCRIPT**
                 **TESTIMONY OF J.S.**
7                November 9, 2020
         BEFORE THE HONORABLE PHILIP P. SIMON
8              UNITED STATES DISTRICT JUDGE

9

10  A P P E A R A N C E S :

11  FOR THE GOVERNMENT:

12                ABIZER ZANZI
                  JENNIFER CHANG
13                NATHANIEL WHALEN
                  U.S. Attorney's Office
14                5400 Federal Plaza, Suite 1500
                  Hammond, Indiana  46320
15                (219) 937-5500

16  FOR THE DEFENDANT:

17                THOMAS A. DURKIN
                  Durkin & Roberts
18                515 W Arlingtgon Place
                  Chicago, Illinois  60614
19                (312) 981-0123

20                JOSHUA G. HERMAN
                  Law Office of Joshua G. Herman
21                53 W Jackson Boulevard, Suite 1650
                  Chicago, Illinois  60604
22                (312) 909-0434

23  ALSO PRESENT:     Troy Sabourin, U.S. Probation
                      Martin D'Amico - FBI
24

25

J.S. - DIRECT

```
 1        (The following is an excerpt transcript of proceedings of

 2        the testimony of J.S., reported as follows:)

 3            THE COURT:  Sir, would you raise your right hand to

 4   be sworn in.

 5        (The oath was administered.)

 6            THE WITNESS:  I do.

 7            THE COURT:  Okay.  Sir, you may be seated.

 8        Sir, during your examination, if you would, remove your

 9   mask just so I can sort of see you talking and have a human

10   exchange here.  Then, when you are done, I will have you put

11   your mask back on, okay.

12            THE WITNESS:  Yes, sir.

13            THE COURT:  All right.  Mr. Zanzi, you may proceed.

14        MR. ZANZI:  Thank you, Your Honor.

15            J.S., GOVERNMENT'S WITNESS, SWORN

16                  DIRECT EXAMINATION

17   BY MR. ZANZI:

18   Q.   Sir, I'm going to refer to you, as we have discussed

19   previously, as J.S., okay.

20   A.   Okay.

21   Q.   I'm going to refer to your son as M.S., okay.

22   A.   Okay.

23   Q.   I know people make mistakes, but we'll just try our best

24   to follow that, okay.

25   A.   All right.
```

J.S. - DIRECT

1    **Q.**   Do you know the defendant, Samantha Elhassani?

2    **A.**   Yes.

3    **Q.**   And I'm asking you just to speak into the microphone so we

4    can all hear you, okay.

5    **A.**   All right.

6    **Q.**   So you know the defendant, Samantha Elhassani?

7    **A.**   Yes.

8    **Q.**   How do you know her?

9    **A.**   We were in a relationship together, and we have a child

10   together.

11   **Q.**   How long have you known her?

12   **A.**   Since around 2003 -- or '4 or '5, 2004 or '5.

13   **Q.**   And how old was -- when did you separate?

14   **A.**   We separated when M.S. -- or my son was around three years

15   old.

16   **Q.**   Okay.  And how old is M.S. now?

17   **A.**   Thirteen.

18   **Q.**   Initially, when you separated with defendant, who did your

19   son stay with?

20   **A.**   He stayed with me.

21   **Q.**   For how long?

22   **A.**   For about a year.

23   **Q.**   Briefly -- I don't need all the details -- but why did the

24   relationship end?

25   **A.**   Mostly because of deception.  Sam was staying after work

J.S. - DIRECT

1   and partying with her friends and not coming home.

2   **Q.**   And after the year that your son stayed with you, what

3   happened regarding custody?

4   **A.**   Well, there never was a custody agreement, but my son

5   ended up living with Samantha due to the fact my babysitter got

6   pregnant, and she was stable enough that he was safe to live

7   there.

8   **Q.**   And after your son started living with defendant, did you

9   try to maintain a relationship with your son?

10  **A.**   Yes, I did maintain a relationship.

11  **Q.**   Were you successful in doing so?

12  **A.**   Yes.

13  **Q.**   Do you maintain a relationship with defendant's parents?

14  **A.**   Yes.

15  **Q.**   How would you describe that relationship?

16  **A.**   Very good.

17  **Q.**   You get along with them?

18  **A.**   Yes.

19  **Q.**   And how did you become aware of defendant's relationship

20  to Moussa Elhassani?

21  **A.**   After -- Sam told me, eventually.

22  **Q.**   Do you remember, approximately, when that was?

23  **A.**   After she moved to Indiana, but I don't have a time frame.

24  **Q.**   Okay.  And did your relationship with your son change

25  after defendant became involved with Moussa?

J.S. - DIRECT

1   **A.**    Yes.

2   **Q.**    How so?

3   **A.**    The visits became less frequent and the phone calls became

4   less frequent.

5   **Q.**    Why is that?

6   **A.**    I'm not sure.  I wasn't there on her side.

7   **Q.**    Did you try to maintain your relationship with your son?

8   **A.**    Yes.

9   **Q.**    But you weren't successful?

10  **A.**    Correct.

11  **Q.**    Based on what you knew and what you were able to observe,

12  did you have any concerns about your son living with Moussa and

13  defendant?

14  **A.**    No.

15  **Q.**    Did you become aware of an effort by Moussa to adopt your

16  son?

17  **A.**    Yes.

18  **Q.**    How did you become aware?

19  **A.**    Samantha's sister called me and notified me.

20  **Q.**    And were you -- did anyone inform you about that ahead of

21  time?

22  **A.**    No.

23  **Q.**    Or request your permission?

24  **A.**    No.

25  **Q.**    Do you know the details of anything that was relayed to

J.S. - DIRECT

1  the Court regarding that?

2  **A.**   The only details I know is that Samantha was attempting to

3  file for the adoption under the premise that I was not in

4  communication with her, that I had abandoned my son.

5  **Q.**   And was that true?

6  **A.**   No.

7  **Q.**   How was that issue resolved?

8  **A.**   I showed up for the Court hearing, and then it -- Samantha

9  and Moussa no longer pursued it.

10  **Q.**   During the -- in the last year, before your son left for

11  abroad, did it become harder for you to maintain contact with

12  your son?

13  **A.**   Yes, it became less and less communication.

14  **Q.**   Did you notice -- in the times that you were able to spend

15  with your son, did you notice any changes in him?

16  **A.**   Yes.  Once when he came to visit, he started practicing

17  Islam.  I walked into a bathroom and found him praying on the

18  floor.

19  **Q.**   Anything else that led you to believe he was practicing

20  Islam?

21  **A.**   He also would not eat pork, and he directly told me that

22  he was practicing Islam at home.

23  **Q.**   So this would have been sometime in 2014?

24  **A.**   Yes.

25  **Q.**   I want to direct your attention to December of 2014.

```
 1              MR. DURKIN:  I'm sorry.  December when?

 2              MR. ZANZI:  December 2014.

 3   BY MR. ZANZI:

 4   Q.    Did defendant ask you to meet with her in Chicago?

 5   A.    Yes.

 6   Q.    For what purpose?

 7   A.    To visit with my son and to sign a paper for a passport --

 8   a temporary passport is what I was told.

 9   Q.    Who paid for that trip?

10   A.    Samantha did.

11   Q.    And was your son present?

12   A.    Yes.

13   Q.    Did you get to spend some time with him?

14   A.    Yes.

15   Q.    Did defendant need your approval to obtain a passport for

16   your son?

17   A.    Yes.

18   Q.    Because you were his biological father?

19   A.    Correct.

20   Q.    Did she tell you why she needed a passport?

21   A.    Yes.

22   Q.    What was the reason?

23   A.    Sam told me that she needed the passport to take M.S. to

24   visit Moussa's mother who was dying in Paris.

25   Q.    In Paris?
```

1    A.    Yes.

2    Q.    In Paris, France?

3    A.    Correct.

4            MR. DURKIN:  I'm sorry.  Could I either ask him to

5    restate that answer or have it read back.  I didn't understand

6    part of it.

7            THE COURT:  Could you repeat your answer, sir.

8            THE WITNESS:  Yes.  Which part of the answer?

9    BY MR. ZANZI:

10   Q.    Let me re-ask the question.  And I'll just ask that you --

11   you might need to move the microphone closer to you so we can

12   all hear you.  Just speak as loud as you can.

13        What did defendant tell you was the reason she needed the

14   passport?

15   A.    Samantha told me that she needed the passport to take M.S.

16   to visit Moussa's mother who was dying in Paris, France.

17   Q.    Did you agree to allow your son to get a passport?

18   A.    I did.

19   Q.    And why is that?

20   A.    Because even though we had issues in the past, I don't

21   have a problem with my son traveling to see the world, and I

22   thought we had resolved everything.

23   Q.    At that time, did you have any problems with them going to

24   France?

25   A.    No.

J.S. - DIRECT

1  **Q.**   Why is that?

2  **A.**   I feel everyone should get out and see the world,

3  including my son, honestly, regardless of my relationship with

4  his mother.

5  **Q.**   Would you have given approval if defendant said they were

6  going to Morocco to visit Moussa's parents?

7  **A.**   No.

8  **Q.**   Why is that?

9  **A.**   I was told that Moussa's parents lived -- well, his

10  father.  I don't know where his mother -- except for France --

11  but I was told that his father lived on a compound and they had

12  armed guards, so it just doesn't seem like a safe environment

13  for a child.

14  **Q.**   Would you have given approval if defendant said they were

15  traveling to Hong Kong?

16  **A.**   Yes.

17  **Q.**   Why is that?

18  **A.**   For the same reason that I would give approval for France,

19  just to see the world.

20  **Q.**   Did you believe defendant when she said she was going to

21  France?

22  **A.**   Yes.

23  **Q.**   Did you communicate with defendant via Facebook Messenger

24  when she was abroad?

25  **A.**   Yes.

J.S. - DIRECT

```
 1   Q.   I'm going to show you a document that has been previously

 2   submitted to the Court as Exhibit 4 to the government's

 3   sentencing memorandum.  And have you seen this before?

 4   A.   (No response.)

 5   Q.   This is a Facebook record, correct?

 6   A.   Correct.

 7   Q.   You have seen this document before?

 8   A.   Yes.

 9   Q.   This is a communication between you and the defendant

10   occurring January 16, 2015; is that correct?

11   A.   Yes.

12   Q.   And there is -- on the bottom of the page, you state,

13   "You're also in a country that was just attacked by terrorists

14   last week in Paris," correct?

15   A.   Correct.

16   Q.   Can you explain the context of what's happening in this

17   communication and why you made that statement?

18   A.   I made the statement because I was trying to get ahold of

19   Samantha, and she would not reply back to my text messages or

20   Messenger.

21   Q.   Why were you trying to get ahold of her?

22   A.   Because of the terrorist attack, and I was under the

23   impression that she was in Paris at the time.

24   Q.   Was there a terrorist attack that had happened around this

25   time in France that had made the news?
```

1   **A.**    Yes.

2   **Q.**    During the course of this communication, did she ever

3   admit to you that she was not actually in Paris, France, or in

4   France at all?

5   **A.**    No, she did not.

6   **Q.**    Has she ever admitted to you that she wasn't in France

7   during this time?

8   **A.**    No.

9   **Q.**    Did she do anything or say anything to indicate that she

10  was in France?

11  **A.**    No.

12  **Q.**    Or that she was still in France?  Did she lead you to

13  believe that she was still in France?

14  **A.**    Correct.

15  **Q.**    What did she say?

16  **A.**    As you can see here, she says that she was the one that

17  conducted the attack, and then she did, like, an LOL and a

18  smiley face.  But I was under the impression that she was in

19  France.

20  **Q.**    That was just a joke?  You took that as a joke, correct?

21  **A.**    Right.

22  **Q.**    But that led you to believe that she was still in France?

23  **A.**    Correct.

24  **Q.**    When defendant asked for your permission to approve a

25  passport for your son, did she tell you that her husband,

J.S. - DIRECT

1    Moussa, wanted to join ISIS?

2    **A.**    No.

3    **Q.**    Now, sir, have you ever served in the U.S. military?

4    **A.**    Yes.

5    **Q.**    What branch?

6    **A.**    The Navy.

7    **Q.**    And when was that?

8    **A.**    May of 2001 until August of '04.

9    **Q.**    And were you ever deployed to the Middle East or anywhere

10   near Syria?

11   **A.**    In the Persian Gulf twice, Operation Enduring Freedom and

12   Operation Iraqi Freedom.

13   **Q.**    And did the defendant know that about you?

14   **A.**    Yes.

15   **Q.**    How did you become aware that your son was in Syria?

16   **A.**    I was contacted by the FBI.

17   **Q.**    And did you ever receive videos or images of your son in

18   Syria?

19   **A.**    Yes.

20   **Q.**    How did you receive these?

21   **A.**    Via email from Samantha's sister, Laurie Elhassani.

22   **Q.**    And describe the videos and what you saw?

23   **A.**    The first video I saw appeared as a propaganda film for

24   ISIS, and my son was walking around with a high-powered rifle

25   practicing the movements of the rifle, looking down the scope,

J.S. - DIRECT

1   walking around rubble, and I believe that is the same video

2   that he addressed Donald Trump and called him the puppeteers of

3   the Jews and a bunch of other -- just a terrible video.

4   **Q.**   And were there other, sort of, like, homemade videos that

5   you saw as well?

6   **A.**   Yes.  The second video I saw was my son putting on a

7   suicide vest -- or holding the suicide vest and speaking with

8   someone off camera about what he was going to do and to say

9   that he was an American and when they come to rescue him to

10  blow them up.

11  **Q.**   What was your reaction to that?

12  **A.**   I was devastated by that.  I kind of had a slight

13  emotional breakdown.  I had to call my boss.  I was working out

14  of state at the time, and he had to send me back home and put a

15  relief in.  I took time off work.

16  **Q.**   How did you feel when you found out that -- when you first

17  found out that your son was in Syria?

18  **A.**   I was in disbelief.  Angered mostly, at first, and then,

19  just -- I didn't know how to take it, to be honest.

20  **Q.**   Where does your son reside now?

21  **A.**   He currently lives with me.  I have sole custody.

22  **Q.**   How long has he been living with you?

23  **A.**   For the last year.

24  **Q.**   And how is he doing?

25  **A.**   He's doing -- he's doing well now.

J.S. - DIRECT

1   **Q.**   How was he doing when he first came to you?

2   **A.**   When he first came to me, he was very quiet, very scared,

3   malnutritioned.  His weight was very low.  And he's very

4   standoffish from large crowds, and even peers his age, he

5   doesn't really -- still doesn't communicate with them or really

6   have any social interaction.

7   **Q.**   Does he have any trouble sleeping or anything like that?

8   **A.**   Yes.  He does have trouble sleeping in the dark, and it

9   seems that he always has to have a TV on or some background

10  noise.

11  **Q.**   Anything else that is a trigger for him or something he

12  struggles with?

13  **A.**   Yes.  Anytime there's going to be fireworks or anything

14  set off, we have to give advance notice.  If he's in the house

15  and just hears fireworks, he kind of goes a little bit into a

16  panic mode, and he -- unfortunately, he probably feels like

17  he's being bombed or that bombs are out there.

18  **Q.**   You mentioned that he's doing better.  What challenges --

19  has he gone through therapy?

20  **A.**   Yes.  He's been through a year of therapy and requested

21  not to go anymore, so I have stopped therapy on his request.

22  And he's just -- just socially, he'd rather stay online

23  constantly than actually have face-to-face interactions with

24  other kids.

25  **Q.**   Does he talk about Syria?

1    **A.**    He talks about Syria.  He's -- yes.

2    **Q.**    What does he tell you?  What has he been willing to share

3    with you about it?

4    **A.**    He's told me stories of seeing his friends, children his

5    age, blown up in car bombs; seeing Moussa attacked by a drone;

6    seeing buildings exploded; people shot; ISIS shootouts with

7    Americans.

8    **Q.**    Has he talked about Moussa?  What has he said about him?

9    **A.**    All he really says about Moussa is that he was mean and

10   that he wasn't as tough as he acted.

11   **Q.**    Has he talked about the trips to Hong Kong?  Did he say

12   anything about that?

13   **A.**    Yes.  He did say that he went to Hong Kong with his mother

14   and that he knew that they were going over there to take money

15   to someone.

16   **Q.**    Did he say what that was for or no?

17   **A.**    He just said that it was for what they were doing in

18   Syria, what they were going to go do in Syria.

19   **Q.**    Did he have any understanding of what that was?

20   **A.**    Yes.

21   **Q.**    Does he talk about the videos that were created of him?

22   **A.**    He does not.  The only thing that he says about them is

23   that he hopes that no one sees them.

24   **Q.**    What about the --

25               **THE COURT:**  I'm sorry.  I didn't hear what you just

 1  said.

 2          **THE WITNESS:**  His fear is that people will see them

 3  and recognize him in the community.

 4          **THE COURT:**  I see.

 5  **BY MR. ZANZI:**

 6  **Q.**   What about defendant, has he said anything to you about

 7  her?

 8  **A.**   That he doesn't want to see her or talk to her and that he

 9  doesn't know when or if he will ever decide to.

10  **Q.**   Okay.

11          **MR. ZANZI:**  Nothing further, Your Honor.

12          **THE COURT:**  Mr. Durkin.

13                      **CROSS-EXAMINATION**

14  **BY MR. DURKIN:**

15  **Q.**   Can you see me?

16  **A.**   Yes.

17  **Q.**   Okay.  I didn't want you to think I was trying to avoid

18  you, but you have to forgive me.  I have never had to

19  cross-examine under these circumstances.  Usually we use the

20  podium and you are up there, so this is a little unusual.  If I

21  seem like I'm a little out of my element, bear with me, okay?

22  **A.**   All right.

23  **Q.**   I think you said that you had met Samantha in either 2003,

24  '4, or '5; am I right?

25  **A.**   It was in 2000 -- late 2004, 2005-ish, I believe.

1   **Q.**   And that was in what state?

2   **A.**   Arkansas, Fayetteville.

3   **Q.**   And you were raised in Florida, if I'm right.  Am I right?

4   **A.**   Correct.

5   **Q.**   Okay.  And the reason you were in Arkansas is because you

6   and your brother got arrested for drugs and got out on bond; am

7   I right?

8   **A.**   No.  Who would go to a state to get arrested?

9   **Q.**   I'm sorry?

10  **A.**   No, I did not go to a state to get arrested.

11  **Q.**   No, no.  I didn't say you went to the state to get

12  arrested.

13  **A.**   The reason I was in Arkansas was because I was traveling

14  across the country; and, yes, I went to jail in Arkansas for

15  possession of under 3 grams of marijuana, seeds.

16  **Q.**   I'm not trying to be critical.  Just bear with me.

17       The reason you ended up in Arkansas was because you had

18  been arrested in Arkansas, correct?

19  **A.**   No.

20  **Q.**   Did you plan to stay in Arkansas when you left to go

21  across the country?

22  **A.**   No.

23  **Q.**   What caused you to stay in Arkansas?

24  **A.**   We decided to get an apartment there and live there, my

25  brother and myself.

J.S. - CROSS

1  **Q.**   Okay.  And the other reason you stayed was because you met

2  Samantha, right?

3  **A.**   Correct.

4  **Q.**   Okay.  And the fact of the matter is is that the two of

5  you were very much in love with each other back then, weren't

6  you?

7  **A.**   Yes.

8  **Q.**   Okay.  And I think you said you still stay in touch with

9  her parents, correct?

10  **A.**   Correct.

11  **Q.**   You have a good relationship with them, right?

12  **A.**   Yes.

13  **Q.**   And the truth of the matter is is that you still really

14  care about Sam, don't you?

15  **A.**   No.

16  **Q.**   You don't?

17  **A.**   I do not.

18  **Q.**   When did that change?

19  **A.**   When she decided to join an organization and take my son

20  out of the country.

21  **Q.**   Do you think she joined ISIS?

22  **A.**   Yes.

23  **Q.**   And what is that based on?

24  **A.**   The fact that she was in Syria in an ISIS camp.  You don't

25  accidently end up in Syria, I believe.

1    **Q.**   Well, let me ask you this.  Do you know Moussa at all?

2    **A.**   I do not.

3    **Q.**   Okay.  You testified that up until Moussa came into the

4    picture, even though you guys were separated, you had a pretty

5    good relationship; am I right?

6    **A.**   Correct.

7    **Q.**   Okay.  And at that point you still had -- at least between

8    the two of you, you had mutually good feelings about each other

9    even though you had separated, right?

10   **A.**   We were cordial to each other, yes.

11   **Q.**   All right.  Well, you were more than cordial because you

12   testified earlier about coming to Chicago over the passport

13   issue, right?

14   **A.**   Yes.

15   **Q.**   Okay.  And even then you had strong feelings for Samantha,

16   didn't you?

17   **A.**   No.

18   **Q.**   You didn't ask her to come to your hotel room?

19   **A.**   She insisted on coming to my hotel room because my son was

20   there, and she wanted to see the area that we were at.

21   **Q.**   You never asked her to come alone to your hotel room to

22   have sex while your son and someone else was in the swimming

23   pool?

24   **A.**   I did not.

25   **Q.**   Okay.  Let me ask this.  Moussa insisted that two women go

1    along with Sam for this meeting in Chicago, correct?

2    **A.**    I have no idea.

3    **Q.**    Well, did you notice that there were two women along?

4    **A.**    Yes.

5    **Q.**    And these were people who worked for Moussa, correct?

6    **A.**    I also do not know.

7    **Q.**    Okay.  Did Sam explain to you that the reason she couldn't

8    come to your room by herself was because she had been under the

9    watch of these two people at Moussa's behest?

10   **A.**    No.

11   **Q.**    She never told you that?

12   **A.**    No.

13   **Q.**    But these people were pretty much in constant contact with

14   Samantha, weren't they?

15   **A.**    Yes.

16   **Q.**    Okay.  Do you know anything about domestic abuse?

17   **A.**    No.

18   **Q.**    Do you know anything about the psychological affects of

19   controlling behavior?

20   **A.**    No.

21   **Q.**    Do you think that it was Samantha who decided to begin to

22   cut off your communication with M.S., or was it Moussa?

23   **A.**    I'm not sure.

24   **Q.**    Well, we do know, don't we, that up until Moussa was in

25   the picture there was no interference with your visitation with

1   M.S., was there?

2   **A.**   No.

3   **Q.**   Do you think it's possible that it was Moussa that was

4   controlling her rather than her deciding that?

5   **A.**   I'd rather not speculate.

6   **Q.**   Well, you're speculating that she joined ISIS, aren't you?

7   **A.**   No.  She was in Syria in an ISIS camp.

8   **Q.**   Well, would it surprise you to know she was not ever in an

9   ISIS camp, she was in an ISIS prison where she was tortured and

10  raped?

11  **A.**   No.

12  **Q.**   Have you ever heard that?

13  **A.**   Yes.

14  **Q.**   Who told you that?

15  **A.**   A reporter did.

16  **Q.**   And do you think that ISIS would rape and torture their

17  own members?

18  **A.**   Yes.

19  **Q.**   Okay.  So you don't dispute that she was raped and

20  tortured in Syria, do you?

21  **A.**   I don't affirm or dispute it.  I don't know.  I wasn't

22  there.

23  **Q.**   Okay.  So since you weren't there, you wouldn't know

24  whether she was a member of ISIS either, would you?

25  **A.**   Correct.

1   **Q.**   You mentioned in your testimony that you noticed, the time

2   your son came to visit you in 2014, that there had been some

3   changes in him, right?

4   **A.**   Correct.

5   **Q.**   And all of a sudden he was acting like he was a practicing

6   Muslim, right?

7   **A.**   Correct.

8   **Q.**   Well, you know that Samantha wasn't a practicing Muslim,

9   right?

10   **A.**   I'm not sure.

11   **Q.**   Well, did you ever know her to practice Islam?

12   **A.**   No.

13   **Q.**   Did she ever tell you she was?

14   **A.**   No, but I didn't ask her either.

15   **Q.**   I see.

16      When your son came to see you in 2014 and started acting

17   like a Muslim and wanting to pray, he was only four years old,

18   wasn't he?

19   **A.**   Yes -- no.

20   **Q.**   I'm sorry?

21   **A.**   I believe he was around five or six by then.

22   **Q.**   What year was he born?

23   **A.**   '07, I believe.

24   **Q.**   What year was he born?

25   **A.**   '07, I believe.

1   **Q.**   So he might have been seven then?

2   **A.**   Correct.

3   **Q.**   Okay.  Did he tell you that it was his mother that was

4   forcing Islam on him?

5   **A.**   He didn't tell me anyone was forcing Islam on him.

6   **Q.**   What did you surmise?

7   **A.**   I just assumed that he was practicing Islam because he

8   lived with someone else who practiced Islam.

9   **Q.**   And that someone else was Moussa, right?

10  **A.**   Correct.

11  **Q.**   Now, you said that you learned that your son was in Syria

12  because you were contacted by the FBI, right?

13  **A.**   Correct.

14  **Q.**   And you were contacted several times while he was

15  overseas; am I right?

16  **A.**   Correct.

17  **Q.**   First time being in March of 2016, correct?

18  **A.**   I'm not sure of the exact date.

19  **Q.**   Would you take my word for it if I told you that's the

20  date that was on a memo that we have?

21  **A.**   Yes.

22  **Q.**   By the way, when you and Samantha met, she was only 19,

23  right?

24  **A.**   I don't recall her age, to be honest.

25  **Q.**   Well, you were 22; am I right?

1  **A.**   Correct.

2  **Q.**   Would you agree with me that Samantha's relationships with

3  men, perhaps other than your relationship, have been rather

4  disastrous?

5  **A.**   Some of them, but I'm not aware of all her relationships.

6  **Q.**   Well, you know that she's had multiple relationships,

7  hasn't she?

8  **A.**   Yes.

9  **Q.**   In fact, that was an issue between the two of you, right?

10  **A.**   No.

11  **Q.**   Well, I thought you said that one of the issues, when you

12  answered Mr. Zanzi, was that she was staying out and partying

13  all night?

14  **A.**   Correct.

15  **Q.**   Well, wasn't there a time, that you were aware of, because

16  you were there, when she was -- ended up in a sexual assault by

17  one of her bosses and a secretary at a place where --

18  **A.**   She told me --

19  **Q.**   Hold it.

20        -- at a place where you also worked?

21  **A.**   Yes.

22  **Q.**   And when was that?

23  **A.**   I'm not sure when that was.

24  **Q.**   Where were you working?

25  **A.**   I was working for an independent contractor in Arkansas.

J.S. - CROSS

1   **Q.**   Was that Springdale?

2   **A.**   Yes.

3   **Q.**   Okay.  And that was pretty traumatic for the both of you,

4   wasn't it?

5   **A.**   Yes.

6   **Q.**   In fact, after that, you sobbed in her arms and apologized

7   for not being able to protect her; am I right?

8   **A.**   No.

9   **Q.**   Did you -- what happened from your vantage point or as you

10  recall?

11  **A.**   As I recall it -- Samantha told me what happened.  I did

12  not witness the situation.  And then shortly thereafter, we

13  left Arkansas for Florida.  She no longer felt safe where we

14  were.

15  **Q.**   Okay.  Now, you're aware of the fact, are you not, that

16  she ran away from home with someone when she was 16 or 17 years

17  old, right?

18  **A.**   Yes.

19  **Q.**   Okay.  You're also aware of the fact that she was sexually

20  abused when she was young, correct?

21  **A.**   No.

22  **Q.**   You're not aware of that?

23  **A.**   No.

24  **Q.**   Would you -- you wouldn't dispute that though, would you?

25  **A.**   I don't have anything to say about it.  Sam never

1    mentioned being abused as a child.

2    **Q.**    Okay.  But you were aware that at 16 she ran off with some

3    guy and, ultimately, had to get her parents' permission to get

4    married; am I right?

5    **A.**    Yes.

6    **Q.**    You're also aware that she's had all these multiple bad

7    relationships with men, correct?

8    **A.**    Yes.

9    **Q.**    Do you know anything -- let me ask you something.  Hold

10   on.

11        When you were first contacted -- how did you end up coming

12   to testify today?

13   **A.**    I was --

14   **Q.**    Did you ask to come here, or did the government ask you to

15   come?

16   **A.**    I was sent a subpoena to appear.  I was asked to appear.

17   **Q.**    So you didn't volunteer to come here today, right?

18   **A.**    Correct.

19   **Q.**    Did they tell you why they wanted you to come?

20   **A.**    To testify.

21   **Q.**    Did they tell you what they wanted you to testify about?

22   **A.**    No.

23   **Q.**    When did they first explain to you what they were going to

24   ask you today?

25   **A.**    Last night we discussed --

1  **Q.**   Who was that that explained what they wanted?

2  **A.**   Abizer did not explain what he wanted.  He explained to me

3  to tell the truth while I'm in the courtroom.

4  **Q.**   Okay.  That's fair.

5       Did Abizer show you any of the pleadings in this case?

6  **A.**   He did not.

7  **Q.**   Did he tell you what the dispute at this sentencing is

8  about?

9  **A.**   He did not.

10 **Q.**   And he didn't show you any of the psychiatric reports that

11 have been submitted about Samantha?

12 **A.**   No, sir.

13 **Q.**   Okay.  Let me just ask you this.  And I'm referring to one

14 of the reports.  I want to see whether you would agree with

15 this -- page 2 of the January 17, 2020 -- report.

16       Would you agree with this statement from the report?

17 "Starting with high school, she, Samantha, engaged in

18 sequential relationships, marriages, and living arrangements

19 that were destabilizing and attributable to the consequence of

20 abuse and neglect."  Would you agree with that?

21 **A.**   Can you re-read that?  I'm not sure what all of that

22 means.

23 **Q.**   "Starting with high school, she engaged in sequential

24 relationships, marriages, and living arrangements that were

25 destabilizing and attributable to the consequences of abuse and

J.S. - CROSS

1    neglect."  Would you agree with that?

2    **A.**    I'm not a doctor to agree with it.  I'm not sure what

3    leads to these things, so I don't -- I don't know.

4    **Q.**    I'm just talking about that factual statement.  You don't

5    disagree with that, do you?

6            **MR. ZANZI:**  I object to the foundation.  He clearly

7    has no basis for knowing.

8            **THE COURT:**  Sustained.

9    **BY MR. DURKIN:**

10   **Q.**    Well, would you agree with this statement?  "Her marriages

11   and relationships as a young adult were unstabled and troubled,

12   including the suicide of a man that had had impregnated her."

13   Would you agree with that?

14   **A.**    I'm not sure even what you're speaking about, someone that

15   committed suicide or anything.

16   **Q.**    Are you aware of a relationship in which she became

17   impregnated, other than yours and with Moussa?

18   **A.**    Yes.

19   **Q.**    Okay.  And when was that?

20   **A.**    That was just before she left to Indiana to meet with

21   Moussa, and she said his name was Raphael.  And she said that's

22   when she left to Indiana to get an abortion.

23   **Q.**    Okay.  And would you agree that -- or if you can -- that

24   her marriage to Moussa was controlled and abused and he

25   manipulated her?

 1    **A.**    I wasn't present for any of her relationship with Moussa,

 2    physically, so I'm not sure what happened on that side.

 3    **Q.**    Did she ever discuss with you how manipulative he was?

 4    **A.**    She did not.

 5    **Q.**    She never told you that?

 6    **A.**    She did not.

 7    **Q.**    Did you ever ask her what happened, why there was a change

 8    in the -- in your ability to see M.S. once she became married

 9    to Moussa?

10    **A.**    I asked her -- yes.

11    **Q.**    What did she say?

12    **A.**    She just said that Moussa would stand and monitor phone

13    calls but that was her only reasoning.

14    **Q.**    Did you find it odd that Moussa would stand and monitor

15    her phone calls with you?

16    **A.**    No.

17    **Q.**    Why not?

18    **A.**    I've witnessed many two-family homes, and I have seen that

19    a lot in my lifetime where the other family member in the new

20    family is insecure so he monitors, or she monitors, all the

21    phone calls between the child and the parent.

22    **Q.**    Now, one of the other reasons that you guys broke up was

23    that Sam wanted more children and you didn't; am I right?

24    **A.**    No.

25    **Q.**    Did you guys ever discuss having more children?

J.S. - CROSS

```
 1   A.    No.
 2             MR. DURKIN:  Could I have a second, Judge?
 3             THE COURT:  Sure.
 4        Noel, can you turn on the white noise, please.
 5             MR. DURKIN:  She's going to write a note.
 6             THE COURT:  Okay.
 7   BY MR. DURKIN:
 8   Q.    So were you ever trying to have another child with Sam?
 9   A.    I do believe that we tried, yes.
10   Q.    And when was that in relationship to when you broke up?
11   A.    I'm not sure.
12   Q.    Okay.  And you also have a son from another relationship
13   who is older than M.S., correct?
14   A.    Correct.
15   Q.    How old is that son now?
16   A.    Eighteen.
17   Q.    And did he live with you?
18   A.    No.
19   Q.    Did he grow up with you?
20   A.    He did not.
21   Q.    He grew up with his mother?
22   A.    Correct.
23   Q.    Do you see him?
24   A.    I do sometimes.  I visit him.  He lives in Florida.
25   Q.    When he was growing up, how often did you see him?
```

1   **A.**   Quite often while I lived in Florida.  Not so often once I

2   moved out of Florida.

3   **Q.**   You moved out of Florida in either 2003 or 2004; am I

4   right?

5   **A.**   Sounds right, yes.

6   **Q.**   And how old was he when you moved out of Florida, your

7   son?

8   **A.**   He was still young.  I'm not sure the age.  I think he was

9   around four.  Three or four, I'm not sure.

10  **Q.**   Did you ever provide support money for M.S.?

11  **A.**   Yes.

12  **Q.**   When?

13  **A.**   I don't have the dates and times of all the money I sent

14  Samantha.

15  **Q.**   You didn't send any money once she was married to Moussa,

16  did you?

17  **A.**   Once she was married to Moussa, I went to send her money;

18  and Sam said not to worry about it, they no longer required it.

19  I offered to put M.S. on my healthcare.  She said it was not an

20  issue.

21  **Q.**   One of the times you talked to the FBI was on February 10

22  of 2017, right?

23  **A.**   I'm not sure of the exact dates when I spoke with the FBI.

24  **Q.**   Did you speak to them once in Oklahoma City?

25  **A.**   Yes.

1   **Q.**   Would you take my word for it that it was February 10,

2   2017?

3   **A.**   Yes.

4   **Q.**   You told them that you believed M.S. had broken his arm

5   and that M.S. told you that Moussa and Sam were abusive; is

6   that right?

7   **A.**   No.  I did say that M.S. did have his arm broke and that

8   it was Samantha.

9   **Q.**   That what?

10  **A.**   That he said it was Samantha.

11  **Q.**   That broke his arm?

12  **A.**   Correct.

13  **Q.**   M.S. told you that Samantha broke his arm?

14  **A.**   Correct.

15  **Q.**   And what did you do about that?

16  **A.**   I called Samantha and spoke with her, and she said that it

17  wasn't true and that it did not happen.  I later asked M.S.,

18  and he said that it was a lie.  I also told the FBI the same

19  thing and that Sam said nothing happened to him.  And he

20  apologized to her later for lying, he says.

21  **Q.**   That was M.S. that said that?

22  **A.**   Correct.

23  **Q.**   And did you also tell the FBI, then, that you knew from

24  M.S. that Moussa took M.S. shooting and got him involved in the

25  martial arts; am I right?

1    A.    Yes.

2    Q.    Did you approve of that?

3    A.    Yes.

4    Q.    So it was okay to you that Moussa was teaching your son

5    how to shoot?

6    A.    Correct.

7    Q.    And as I think you said, you have no idea what happened

8    when Sam and M.S. -- I'm sorry -- your son were in Turkey, do

9    you?

10   A.    Can you repeat the question.

11   Q.    You have no idea what happened when your son and Samantha

12   were in Turkey with Moussa, correct?

13   A.    Correct.

14   Q.    Okay.  And has anybody told you about an incident at the

15   border where Sam had to make an instantaneous decision about

16   getting in a white van and going with Moussa and the children

17   or staying behind and watching him take the children into

18   Syria?  Anybody ever tell you that?

19   A.    Yes.

20   Q.    Who?

21   A.    A reporter.

22   Q.    You have any reason to doubt that?

23   A.    Yes.  Well, I mean, that's an odd question to ask 'cause

24   it's opinion based, and we're trying to operate off of facts.

25   And I don't -- it's not good to ask my opinion about something

1   like that.

2   **Q.**   Well, that's for me to decide, and the judge.  So my

3   question was, you don't have any reason to dispute what that

4   reporter told you, do you?

5   **A.**   No, I wasn't there to witness it.

6   **Q.**   Right.  Just like you weren't aware of anything that was

7   going on in the Moussa Elhassani household in relationship to

8   Samantha, correct?

9   **A.**   Yes.

10  **Q.**   Just like you have no idea how much he abused her or

11  whether he abused her, do you?

12  **A.**   Correct.

13  **Q.**   All you know is she became a different person when she got

14  married to Moussa, correct?

15  **A.**   Yes.

16  **Q.**   And that affected you dramatically, didn't it?

17  **A.**   Yes.

18  **Q.**   Because you cared for her, correct?

19  **A.**   No, because I cared for my son.

20  **Q.**   Well, you didn't make any efforts to get your son back,

21  did you?

22  **A.**   Make an effort to go into war-torn Syria, is that what you

23  are asking me?

24  **Q.**   No, before they went to Syria.

25  **A.**   No.  I spoke with M.S.  He said that he was happy there.

J.S. - CROSS

1   He didn't want to come away from his mother and his other

2   siblings.

3   **Q.**   Okay.  But did you also testify earlier that somehow M.S.

4   said something about Moussa thinking he was a tough guy but he

5   really wasn't?  Did I hear that correctly?

6   **A.**   Correct, in Syria.

7   **Q.**   That was in Syria?

8   **A.**   Correct.

9   **Q.**   Did he tell you what he based that on?

10  **A.**   Gun fights with Americans.

11  **Q.**   Okay.  But he certainly didn't tell you that his mother

12  was engaged in any gun fights with Americans, did he?

13  **A.**   No.

14  **Q.**   Did he ever talk about -- does he ever talk about what Sam

15  did to save the lives of some Yazidis?

16  **A.**   No.

17  **Q.**   Does he ever mention them?

18  **A.**   No.

19  **Q.**   Have you ever heard of them?

20  **A.**   The name is not familiar to me.

21  **Q.**   Did you ever hear about some Yazidis -- these are a

22  nationality -- two women that were brought into the household

23  while they were in Syria?

24  **A.**   Yes.

25  **Q.**   Okay.  Who told you about that?

1  **A.**    The reporter told me that Sam told him, and I saw the

2  interview on CNN about some people that were staying with them.

3  **Q.**    But M.S.'s never discussed that with you?

4  **A.**    No.

5  **Q.**    Okay.  And has M.S. ever discussed what happened when they

6  were trying to get out of Syria?

7  **A.**    M.S. does not discuss anything that happened in Syria

8  almost at all except for the few stories that I've already

9  mentioned.

10  **Q.**    Okay.  And you told us that M.S. had been in therapy but

11  wanted to stop, correct?

12  **A.**    Correct.

13  **Q.**    And that was okay with you?

14  **A.**    Yes.

15  **Q.**    Why is that?

16  **A.**    Because the therapist didn't recommend ongoing treatment.

17  **Q.**    Oh, so it was the therapist that didn't recommend it?

18  **A.**    No.  When I spoke to the therapist about ending treatment,

19  they were fine with M.S.'s -- where he was at the time.

20  **Q.**    And that was okay with you too?

21  **A.**    Yes.

22  **Q.**    Okay.  And you have remained very close with her family,

23  particularly her father, correct?

24  **A.**    Yes.

25  **Q.**    And he's here in the courtroom today; am I right?

1   **A.**    Yes.

2   **Q.**    In fact, he even offered to bring you up here together to

3   save money, correct?

4   **A.**    Correct.

5   **Q.**    But you had already had a ticket from the government,

6   right?

7   **A.**    Correct.

8   **Q.**    Otherwise, you would have come up here with him, wouldn't

9   you?

10  **A.**    It's possible, yes.

11  **Q.**    Okay.  'Cause the two of you are close, right?

12  **A.**    Yes.

13  **Q.**    He's a good guy, right?

14  **A.**    Yes.

15           **MR. DURKIN:**  That's all I have.

16           **THE COURT:**  Do you have any redirect, Mr. Zanzi?

17           **MR. ZANZI:**  A few questions, Your Honor.

18           **THE COURT:**  Okay.  Why don't we do it then.

19                     **REDIRECT-EXAMINATION**

20  **BY MR. ZANZI:**

21  **Q.**    At the time that -- in 2014, when your son visited with

22  you and you observed that he was practicing Islam, did you have

23  any problem with that?

24  **A.**    I didn't agree with it, and I mentioned it to Sam that I

25  did not agree.  But I'm not a xenophobe, so just because he's

J.S. - REDIRECT

1   practicing a religion doesn't mean anything bad to me.

2   Q.    Okay.  And did you have any concerns about his -- you

3   explained that the nature of your -- how frequent you were able

4   to spend time with him had changed and things had changed.  Did

5   you have any reason to believe that he was in danger or unsafe

6   or not in a good situation with Moussa and defendant?

7   A.    I did not.  Sam made everything seem very kosher.

8   Q.    And any information that you have testified about

9   defendant's past relationships, what is that based off of, your

10  own personal knowledge or what defendant told you?

11  A.    What the defendant told me.

12  Q.    So you don't personally know if they are true or not,

13  correct?

14  A.    Correct.

15  Q.    Based on what you know of the defendant, is she someone

16  who makes her own decisions and is independent?

17  A.    Yes.

18  Q.    Based on what you know about her and her character, do you

19  believe that she went there willingly to Syria, knowingly?

20  A.    I do.

21  Q.    And why do you say that?

22  A.    Sam is very free-spirited, and she doesn't generally

23  just -- I don't know how to explain it, honestly.  I just --

24  Samantha usually doesn't just take directives from people and

25  follow them.

```
 1              MR. ZANZI:  Nothing further, Your Honor.

 2              THE COURT:  Mr. Durkin, do you have anything else

 3    based on that?

 4              MR. DURKIN:  Yes.

 5                         RECROSS-EXAMINATION

 6    BY MR. DURKIN:

 7    Q.    I thought that when I questioned you you said you didn't

 8    know what happened at the border and you didn't know what

 9    happened in Turkey; am I right?

10    A.    Correct.

11    Q.    So what is it that makes you say she went to Syria

12    willingly or not under the control or the thumb, the emotional

13    thumb, of Moussa Elhassani?  What makes you say that?

14    A.    As stated, Sam is usually very independent and doesn't

15    follow directives.  Also, my experience with flying is that

16    your destination is on your ticket and you know where you're

17    going.

18    Q.    Well, this ticket went to Morocco.  Did you know that?

19    A.    No.

20    Q.    Did somebody tell you she had a ticket for Turkey and only

21    Turkey?

22    A.    No.

23    Q.    So why did you just say what you just said?  What makes

24    you think she only had a ticket to Turkey?

25    A.    She -- 'cause she did fly to Turkey.  I never said it was
```

J.S. - RECROSS

1   her only ticket.

2   **Q.**   You didn't know -- so the government didn't tell you that

3   there was a connecting flight to Morocco?

4   **A.**   No.

5   **Q.**   Do you know anything about Moussa and Sam looking for

6   houses in Morocco to live?

7   **A.**   I do not, no.

8   **Q.**   You never heard that?

9   **A.**   No.

10  **Q.**   Nobody told you that?

11  **A.**   No, sir.

12  **Q.**   And you agree with me that you know nothing about domestic

13  abuse and the psychological affects of living with a

14  controlling man in an environment -- in a controlling

15  environment?  You know nothing about that, correct?

16  **A.**   Correct.

17  **Q.**   So if a psychiatrist were to find that that was true, you

18  wouldn't quarrel with that, would you?

19  **A.**   No.

20  **Q.**   Thank you.

21          **THE COURT:**  You have anything else, Mr. Zanzi?

22          **MR. ZANZI:**  No, Your Honor.

23          **THE COURT:**  Sir, thank you.  You may step down.  You

24  are excused.

25  * * *

J.S. - RECROSS

1              (End of requested transcript.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

J.S. - RECROSS

```
 1                          CERTIFICATE

 2         I, Stacy L. Drohosky, certify that the foregoing is a true

 3   and correct transcript from the record of proceedings in the

 4   above-entitled matter.

 5   Date:   November 24, 2020

 6                                    S/Stacy L. Drohosky
                                      S/STACY L. DROHOSKY
 7                                    Court Reporter
                                      U.S. District Court
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```