| PROB 22<br>(Rev. 01/24)<br><br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br><br>2:19CR00159- 1 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATION / SUPERVISED RELEASEE<br><br>Samantha Elhassani | DISTRICT<br><br>Northern Indiana | DIVISION<br><br>Hammond |
|---|---|---|

| | NAME OF SENTENCING JUDGE<br><br>Philip P. Simon |  |  |
|---|---|---|---|
| | DATES OF SUPERVISION | FROM<br><br>4/29/2024 | TO<br><br>4/28/2027 |

| OFFENSE<br><br>18:2339C(c)(2)(A) and 2 FINANCING OF TERRORISM and AIDING AND ABETTING |
|---|

| JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)<br><br>**Client does not plan on returning to Northern Indiana.   She has family ties in Northern Oklahoma.** |
|---|

| PART 1 – ORDER TRANSFERRING JURISDICTION |
|---|

| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA |
|---|

   **IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Oklahoma upon that Court's Order of Acceptance of Jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| March 11, 2024 | /s/ Philip P. Simon |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted at the discretion of the transferring Court.

| PART 2 – ORDER ACCEPTING JURISDICTION |
|---|

| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA |
|---|

 **IT IS HEREBY ORDERED** that jurisdiction over the above-named probation or supervised releasee be accepted and assumed by this Court from and after the entry of this Order.

| | |
|---|---|
| *Effective Date* | *United States District Judge* |